

CHRISTIAN | BARTON, LLP
*Attorneys At Law*

WRITER'S DIRECT DIAL
804/697-4128
WRITER'S DIRECT FAX
804/697-6128
WRITER'S E-MAIL
cmerritt@cblaw.com

December 13, 2007

**BY HAND DELIVERY**
The Hon. Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:    *Bid for Position, LLC v. AOL, LLC, et al.*
           Civil Action No. 2:07-cv- 582 - RGD - TEM

Dear Mr. Galindo:

I enclose the following items for filing in this matter:

1. a Complaint (original and one copy per defendant);
2. a Summons (original and two copies per defendant);
3. a Civil Cover Sheet signed by counsel;
4. a Financial Interest Disclosure form (in duplicate);
5. a Notice of Appearance; and
6. a check for the filing fee in the amount of $350.00

I have also enclosed one extra set of each of the above-referenced pleadings. Please date stamp the enclosed extra set and return it to our courier.

Once the summonses are ready for service, please return them to our courier, who will serve them on the defendants.

Thank you for your assistance, and please call if you have any questions.

Sincerely,

Craig T. Merritt

CTM/nbv/848965/07471.00001
Enclosures

909 East Main Street, Suite 1200 | Richmond, Virginia 23219-3095
804.697.4100 tel | 804.697.4112 fax