```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100005380
Cashier ID: fcansler
Transaction Date: 12/13/2007
Payer Name: CHRISTIAN AND BARTON, LLP
---------------------------------------
CIVIL FILING FEE
 For: CHRISTIAN AND BARTON, LLP
 Amount:          $350.00
---------------------------------------
CHECK
 Check/Money Order Num: 410146
 Amt Tendered: $350.00
---------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

NEW SUIT  2:07CV582
```