BID FOR POSITION, LLC,

          **Plaintiff,**

        **v.**

AOL, LLC,

GOOGLE, INC.,                                    CASE NO.  2:07cv 582

MICROSOFT CORP.,                        **Jury Trial Demanded**

and

MIVA, INC.,

        **Defendants.**

FILED

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff, Bid for Position, LLC, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated:  December 13, 2007               Respectfully Submitted,

                                        BID FOR POSITION, LLC

                                        By Counsel

Dockets.Justia.com

Craig T. Merritt (VSB #20281)
cmerritt@cblaw.com
R. Braxton Hill, IV (VSB #41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB #42637)
nvanderslice@cblaw.com
*Counsel for Plaintiff*
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com
Tel.:    (804) 697-4100
Fax:    (804) 697-4112


Gregory S. Dovel (CA Bar #135387), *Of Counsel*
Christin Cho (CA Bar #238173), *Of Counsel*
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel.:    (310) 656-7066
Fax:    (310) 656-7069
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of December, 2007, I caused a copy of the foregoing, document to be served by private process service upon:

Corporation Service Company
Registered Agent for Defendant AOL, LLC
11 South 12th Street
PO Box 1463
Richmond, Virginia, 23218-0000

Corporation Service Company
Registered Agent for Defendant Google, Inc.
11 South 12th Street
PO Box 1463
Richmond, Virginia, 23218-0000

Corporation Service Company
Registered Agent for Defendant Microsoft
Corp.
11 South 12th Street
PO Box 1463
Richmond, Virginia, 23218-0000

Secretary of the Commonwealth of Virginia
*On behalf of Defendant MIVA, Inc.*
ATTN: Service of Process
1111 East Broad Street, 4th Floor
Richmond, Virginia 23219


Craig T. Merritt (VSB #20281)
cmerritt@cblaw.com
R. Braxton Hill, IV (VSB #41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB #42637)
nvanderslice@cblaw.com
*Counsel for Plaintiff*
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com
Tel.:    (804) 697-4100
Fax:    (804) 697-4112