| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AOL, LLC,<br><br>GOOGLE, INC.,<br><br>MICROSOFT CORP.,<br><br>and<br><br>MIVA, INC.,<br><br>    Defendants. | FILED<br><br><br><br>CASE NO. 2:07 cv 582<br><br>Jury Trial Demanded |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig T. Merritt, R. Braxton Hill, IV, and Nichole Buck Vanderslice, with the firm of Christian & Barton, L.L.P, 909 East Main Street, Suite 1200, Richmond, Virginia 23219, hereby appear as counsel of record for the Plaintiff, Bid for Position, LLC, in this matter.

Messrs. Merritt and Hill and Ms. Vanderslice are admitted to practice in this Court.

Dated: December 13, 2007        Respectfully Submitted,

                                                      BID FOR POSITION, LLC

                                                      By Counsel

_____
Craig T. Merritt (VSB #20281)
cmerritt@cblaw.com
R. Braxton Hill, IV (VSB #41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB #42637)
nvanderslice@cblaw.com
*Counsel for Plaintiff*
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com
Tel.:   (804) 697-4100
Fax:   (804) 697-4112


Gregory S. Dovel (CA Bar #135387), *Of Counsel*
Christin Cho (CA Bar #238173), *Of Counsel*
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel.:   (310) 656-7066
Fax:   (310) 656-7069
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of December, 2007, I caused a copy of the foregoing, document to be served by private process service upon:

Corporation Service Company
Registered Agent for Defendant AOL, LLC
11 South 12th Street
PO Box 1463
Richmond, Virginia, 23218-0000

Corporation Service Company
Registered Agent for Defendant Google, Inc.
11 South 12th Street
PO Box 1463
Richmond, Virginia, 23218-0000

Corporation Service Company
Registered Agent for Defendant Microsoft Corp.
11 South 12th Street
PO Box 1463
Richmond, Virginia, 23218-0000

Secretary of the Commonwealth of Virginia
*On behalf of Defendant MIVA, Inc.*
ATTN: Service of Process
1111 East Broad Street, 4th Floor
Richmond, Virginia 23219

_____
Craig T. Merritt (VSB #20281)
cmerritt@cblaw.com
R. Braxton Hill, IV (VSB #41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB #42637)
nvanderslice@cblaw.com
*Counsel for Plaintiff*
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com
Tel.:   (804) 697-4100
Fax:   (804) 697-4112