# United States District Court

EASTERN    DISTRICT OF    VIRGINIA
Norfolk Division

**SUMMONS IN A CIVIL ACTION**

BID FOR POSITION, LLC,

    Plaintiff,

    v.

CASE NUMBER: 2:07cv582

AOL, LLC,

GOOGLE, INC.,

MICROSOFT CORP.,

and

MIVA, INC.,

    Defendants.

TO:    GOOGLE, INC.

SERVE:    CORPORATION SERVICE COMPANY
11 S. 12th Street
PO Box 1463
Richmond, VA 23219
(City of Richmond)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Craig T. Merritt (VSB 20281)
    Christian & Barton, L.L.P.
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    (804) 697-4100

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo
**CLERK**

12-17-2007
**DATE**

Lisa Woodcock
**(By) DEPUTY CLERK**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              *Date*                        *Signature of Server*

                                    _____
                                        *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.