# United States District Court

EASTERN _____ DISTRICT OF _____ VIRGINIA

*Norfolk Division*

## SUMMONS IN A CIVIL ACTION

BID FOR POSITION, LLC,

    Plaintiff,

    v.

CASE NUMBER: 2:07cv582

AOL, LLC,

GOOGLE, INC.,

MICROSOFT CORP.,

and

MIVA, INC.,

    Defendants.

TO:     MICROSOFT CORP.
SERVE:     CORPORATION SERVICE COMPANY
    11 S. 12th Street
    PO Box 1463
    Richmond, VA 23219
    (City of Richmond)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Craig T. Merritt (VSB 20281)
    Christian & Barton, L.L.P.
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    (804) 697-4100

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo      12-17-2007
CLERK      DATE

Lisa Woodcock
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.