```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 2
Receipt Number: 200002954
Cashier ID: tlevinso
Transaction Date: 12/26/2007
Payer Name: CHRISTIAN BARTON LLP
------------------------------------
PRO HAC VICE
 For: CHRISTIAN BARTON LLP
 Case/Party: D-VAE-2-08-CR-PROHAC-001
 Amount:         $100.00
------------------------------------
CHECK
 Check/Money Order Num: 410264
 Amt Tendered: $100.00
------------------------------------
Total Due:         $100.00
Total Tendered: $100.00
Change Amt:       $0.00

CHRISTIAN & BARTON LLP

CHRISTIN CHO

GREGORY DOVEL
2:07cv582
```