IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:07cv00582 wdk, Case Name Bid for Position, LLC v. AOL, LLC; et al.
Party Represented by Applicant: Bid for Position, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PERSONAL STATEMENT

FULL NAME (no initials, please) Gregory Scott Dovel
Bar Identification Number 135387   State CA
Firm Name Dovel & Luner LLP
Firm Phone # (310)656-7066   Direct Dial # (310)656-7071 x 203   FAX # (310)656-7069
E-Mail Address greg@dovellaw.com
Office Mailing Address 201 Santa Monica Blvd Ste 600, Santa Monica CA 90401

Name(s) of federal court(s) in which I have been admitted Central District of CA, 9th Circuit Court of Appeals, Southern District Court of CA, Eastern District of TX, Fed Circuit Court of Appeals, Northern District of CA, CA state courts

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not ✓ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   12/21/07 (Date)
Nichole Buck Vanderslice (42637)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid  X  or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

DEC 28

/s/
Walter D. Kelley, Jr.
United States District Judge   (WDK jr.)
(Judge's Signature)                 12/28/07 (Date)