# AFFIDAVIT OF SERVICE

State of VA     County of EASTERN DISTRICT OF VA.     Court

Case Number: 2:07CV582

**Plaintiff:**
BID FOR POSITION, LLC

vs.

**Defendant:**
AOL, GOOGLE, MICROSOFT, AND MIVA



FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**For:**
Craig Merritt
CHRISTIAN & BARTON
909 East Main St
Suite 1200
Richmond, VA 23219

Received by Commonwealth Express on the 18th day of December, 2007 at 2:19 pm to be served on **SECRETARY OF THE COMMONWEALTH SERVICE OF PROCESS, 1111 EAST BROAD ST, 4TH FLOOR, RICHMOND, VA 23219.**

I, HEATHER MARTIN, being duly sworn, depose and say that on the **18th day of December, 2007** at **3:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS- CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **LUISA SOATERNA** as **EMPLOYEE** for **SECRETARY OF THE COMMONWEALTH**, at the address of: **1111 EAST BROAD ST, 4TH FLOOR, RICHMOND, VA 23219**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

RHONDA D. MORRIS
Notary Public
Commonwealth of Virginia
My Commission Expires Dec. 10, 2010

Subscribed and Sworn to before me on the 20th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
7054060

HEATHER MARTIN
Process Server

Commonwealth Express
3105 W. Marshall St.
Suite 205
Richmond, VA 23230
(804) 359-3278
Our Job Serial Number: 2007001858
Ref: 0747-1

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

# United States District Court

EASTERN          DISTRICT OF          VIRGINIA
*Norfolk Division*

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC,

GOOGLE, INC.,

MICROSOFT CORP.,

and

MIVA, INC.,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07cv582

COPY

TO:    MIVA, Inc.

SERVE:    Secretary of the Commonwealth
ATTN: Service of Process
1111 East Broad Street, 4th Floor
Richmond, Virginia 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Craig T. Merritt (VSB 20281)
    Christian & Barton, L.L.P.
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    (804) 697-4100

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo
CLERK

Lisa Woodcock
(By) DEPUTY CLERK

12-17-2007
DATE

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of VA | County of EASTERN DISTRICT OF VA. | Court |

Case Number: 2:07CV582



FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Plaintiff:
**BID FOR POSITION, LLC**

vs.

Defendant:
**AOL, GOOGLE, MICROSOFT, AND MIVA**

For:
Craig Merritt
CHRISTIAN & BARTON
909 East Main St
Suite 1200
Richmond, VA 23219

Received by Commonwealth Express on the 18th day of December, 2007 at 2:19 pm to be served on **MICROSOFT CORPORATION CORPORATION SERVICE COMPANY, 11 S. 12TH ST, RICHMOND, VA 23219.**

I, **HEATHER MARTIN**, being duly sworn, depose and say that on the **18th day of December, 2007** at **3:11 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS- CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **RENE NORDQUIST** as **Registered Agent** at the address of: **11 S. 12TH ST, RICHMOND, VA 23219** on behalf of **MICROSOFT CORPORATION**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

---

RHONDA D. MORRIS
Notary Public
Commonwealth of Virginia
My Commission Expires Dec. 10, 2010

Subscribed and Sworn to before me on the 20th day of December, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

7054060

**HEATHER MARTIN**
Process Server

**Commonwealth Express**
3105 W. Marshall St.
Suite 205
Richmond, VA 23230
(804) 359-3278
Our Job Serial Number: 2007001857
Ref: 0747-1

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Heather Daniels | Nicole T. McCallum | Janet Torrance |
   | Linda B. Liles | Kate Nordquist | Amy Tarker |

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this ___ day of March 2007.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5TH day of March 2007, by George A. Massih III.

My Commission Expires: 8-5- 2008

_____
Notary Public
JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE

# United States District Court

EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

SUMMONS IN A CIVIL ACTION

BID FOR POSITION, LLC,

    Plaintiff,

v.

CASE NUMBER: 2:07cv582

AOL, LLC,

GOOGLE, INC.,

MICROSOFT CORP.,

and

MIVA, INC.,

    Defendants.

COPY

TO: MICROSOFT CORP.
SERVE: CORPORATION SERVICE COMPANY
11 S. 12th Street
PO Box 1463
Richmond, VA 23219
(City of Richmond)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Craig T. Merritt (VSB 20281)
    Christian & Barton, L.L.P.
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    (804) 697-4100

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo
CLERK

12-17-2007
DATE

Lisa Woodcock
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**State of VA**                    County of EASTERN DISTRICT OF VA.                    Court

Case Number: 2:07CV582

**Plaintiff:**
**BID FOR POSITION, LLC**

vs.

**Defendant:**
**AOL, GOOGLE, MICROSOFT, AND MIVA**

**FILED**
**JAN - 2 2008**
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**For:**
Craig Merritt
CHRISTIAN & BARTON
909 East Main St
Suite 1200
Richmond, VA 23219

Received by Commonwealth Express on the 18th day of December, 2007 at 2:19 pm to be served on AOL, LLC **CORPORATION SERVICE COMPANY, 11 S. 12TH STREET, RICHMOND, VA 23219.**

I, HEATHER MARTIN, being duly sworn, depose and say that on the **18th day of December, 2007 at 3:11 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS- CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **RENE NORDQUIST** as **Registered Agent** at the address of: **11 S. 12TH STREET, RICHMOND, VA 23219** on behalf of **AOL, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

RHONDA D. MORRIS
Notary Public
Commonwealth of Virginia
My Commission Expires Dec. 10, 2010

Subscribed and Sworn to before me on the 20th day
of December, 2007 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC
7054060

**HEATHER MARTIN**
Process Server

**Commonwealth Express**
3105 W. Marshall St.
Suite 205
Richmond, VA 23230
(804) 359-3278
Our Job Serial Number: 2007001860
Ref: 0747-1

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a)    It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b)    Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c)    The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Heather Daniels | Nicole T. McCallum | Janet Torrance |
   | Linda B. Liles | Kate Nordquist | Amy Tarker |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this ____ day of March 2007.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5TH day of March 2007, by George A. Massih III.

_____
Notary Public
JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE

My Commission Expires:  8-5-2008

# United States District Court

EASTERN _____ DISTRICT OF _____ VIRGINIA

*Norfolk Division*

## SUMMONS IN A CIVIL ACTION

BID FOR POSITION, LLC,

    Plaintiff,

v.

CASE NUMBER: 2:07cv582

AOL, LLC,

GOOGLE, INC.,

COPY

MICROSOFT CORP.,

and

MIVA, INC.,

    Defendants.

TO:      AOL, LLC.

SERVE:      CORPORATION SERVICE COMPANY
11 S. 12th Street
PO Box 1463
Richmond, VA 23219
(City of Richmond)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Craig T. Merritt (VSB 20281)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Fernando Galindo_
CLERK

_12-17-2007_
DATE

_Lisa Woodcock_
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

State of VA            County of EASTERN DISTRICT OF VA.            Court

Case Number: 2:07CV582

FILED JAN - 2 2008 CLERK, U.S. DISTRICT COURT NORFOLK, VA

Plaintiff:
**BID FOR POSITION, LLC**

vs.

Defendant:
**AOL, GOOGLE, MICROSOFT, AND MIVA**

For:
Craig Merritt
CHRISTIAN & BARTON
909 East Main St
Suite 1200
Richmond, VA 23219

Received by Commonwealth Express on the 18th day of December, 2007 at 2:19 pm to be served on **GOOGLE, INC. CORPORATION SERVICE COMPANY, 11 S. 12TH ST, RICHMOND, VA 23219.**

I, HEATHER MARTIN, being duly sworn, depose and say that on the **18th day of December, 2007 at 3:11 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS- CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **RENE NORDQUIST** as **Registered Agent** at the address of: **11 S. 12TH ST, RICHMOND, VA 23219** on behalf of **GOOGLE, INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

RHONDA D. MORRIS
Notary Public
Commonwealth of Virginia
My Commission Expires Dec. 10, 2010

Subscribed and Sworn to before me on the 20th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

7054060

HEATHER MARTIN
Process Server

Commonwealth Express
3105 W. Marshall St.
Suite 205
Richmond, VA 23230
(804) 359-3278
Our Job Serial Number: 2007001859
Ref: 0747-1

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Heather Daniels | Nicole T. McCallum | Janet Torrance |
| Linda B. Liles | Kate Nordquist | Amy Tarker |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this ___ day of March 2007.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5TH day of March 2007, by George A. Massih III.

My Commission Expires: 8-5-2008

_____
Notary Public
JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE

# United States District Court

EASTERN  DISTRICT OF  VIRGINIA

Norfolk Division

SUMMONS IN A CIVIL ACTION

BID FOR POSITION, LLC,

    Plaintiff,

v.

CASE NUMBER: 2:07cv582

AOL, LLC,

GOOGLE, INC.,

MICROSOFT CORP.,

and

MIVA, INC.,

    Defendants.

COPY

TO:    GOOGLE, INC.

SERVE:    CORPORATION SERVICE COMPANY
11 S. 12th Street
PO Box 1463
Richmond, VA 23219
(City of Richmond)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Craig T. Merritt (VSB 20281)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo
CLERK

12-17-2007
DATE

Lisa Woodcock
(By) DEPUTY CLERK