```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 2
Receipt Number: 200003042
Cashier ID: tlevinso
Transaction Date: 01/03/2008
Payer Name: CHRISTIAN BARTON LLP
------------------------------------
PRO HOC VICE
 For: DAVID ROSEN
 Case/Party: D-VAE-2-08-CR-PROHAC-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 410442
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

CHRISTIAN & BARTON LLP

DAVID ROSEN
2:07cv582
```