UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__NORFOLK__ DIVISION

BID FOR POSITION, LLC,

vs.

MICROSOFT CORP., et al.

Civil/~~Criminal~~ Action No. __2:07cv582__
WDK/TEM

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Google__ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

__NONE__

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__1-8-07__
Date

_[signature]_
Signature of Attorney or Litigant
Counsel for __Google__

Rev. 7/14/04

*Note: Under L.R. 7.1 (A)(1), this form is to be filed <u>in duplicate</u> with the Clerk of Court.*

Rev. 7/14/04