# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**BID FOR POSITION, LLC,**

    **Plaintiff,**

    v.                                                                 Civil Action No. 2:07cv582

**AOL, LLC, GOOGLE, INC.,
MICROSOFT CORP., and
MIVA, INC.,**

    **Defendants.**

### NOTICE OF APPEARANCE

PLEASE NOTE the appearance of E. Kyle McNew on the behalf of Defendant AOL, LLC, as counsel herein for all purposes in this matter.

**AOL, LLC**

By:   /s/ E. Kyle McNew

E. Kyle McNew, Esquire (VSB No. 73210)
Counsel for Defendant AOL, LLC
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, Virginia 23510
Telephone: (757) 687-7788
Facsimile: (757) 687-1551
E-mail: kyle.mcnew@troutmansanders.com

1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt, Esquire
Nichole B. Vanderslice, Esquire
Rowland B. Hill, IV, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suit 1200
Richmond, VA 23219-3095
Email: cmerritt@cblaw.com
Email: nvanderslice@cblaw.com
Email: bhill@cblaw.com

Christin K. Cho, Esquire
Gregory S. Dovel, Esquire
Dovel & Luner LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Email: christin@dovellaw.com
Email: greg@dovellaw.com

David Rosen, Esquire
Murphy Rosen & Cohen LLP
100 Wilshire Blvd, Suite 1300
Santa Monica, CA 90401
Email: drosen@mrcllp.com

**Counsel for Defendant Google, Inc.,**
Charles P. Chalmers, Esquire
Wilson Sonsini Goodrich & Rosati PC
1700 K St NW, Suite 500
Washington, DC 20006-3817
Telephone: 202-973-8800
Facsimile: 202-973-8899
Email: pchalmers@wsgr.com

        /s/ E. Kyle McNew

        E. Kyle McNew, Esquire (VSB No. 73210)
        Counsel for Defendant AOL, LLC
        TROUTMAN SANDERS LLP
        150 West Main Street, Suite 1600
        Norfolk, Virginia 23510
        Telephone: (757) 687-7788
        Facsimile: (757) 687-1551
        E-mail: kyle.mcnew@troutmansanders.com

354147_1.DOC

3