# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| § | |
| § | CIVIL ACTION NO. 2:07-cv-582 |
| v. § | |
| § | |
| MICROSOFT CORP., *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## **MOTION FOR EXTENSION OF TIME**

Defendant AOL LLC, by counsel, moves this honorable Court for an extension of time to file its responsive pleading in the above-captioned case to January 17, 2008. In support of this Motion, AOL states that Plaintiff agrees to the extension (*see* Agreed Order endorsed by Counsel, attached hereto as Exhibit A)[1] and that no prejudice will result to any party by granting this motion.

WHEREFORE, Defendant AOL LLC respectfully requests that this Court grant its Motion and order that AOL shall have until January 17, 2008 to file its responsive pleading in this matter.

**AOL, LLC**

By:     /s/ E. Kyle McNew

---

[1] Counsel for AOL LLC will forward the original endorsed Agreed Order to the Clerk in accordance with the Eastern District of Virginia Electronic Case Filing Policies and Procedures Manual.

E. Kyle McNew, Esquire (VSB No. 73210)
Counsel for Defendant AOL, LLC
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, Virginia 23510
Telephone:  (757) 687-7788
Facsimile:  (757) 687-1551
E-mail: kyle.mcnew@troutmansanders.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt, Esquire
Nichole B. Vanderslice, Esquire
Rowland B. Hill, IV, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suit 1200
Richmond, VA 23219-3095
Email: cmerritt@cblaw.com
Email: nvanderslice@cblaw.com
Email: bhill@cblaw.com

Christin K. Cho, Esquire
Gregory S. Dovel, Esquire
Dovel & Luner LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Email: christin@dovellaw.com
Email: greg@dovellaw.com

David Rosen, Esquire
Murphy Rosen & Cohen LLP
100 Wilshire Blvd, Suite 1300
Santa Monica, CA 90401
Email: drosen@mrcllp.com

**Counsel for Defendant Google, Inc.,**
Charles P. Chalmers, Esquire
Wilson Sonsini Goodrich & Rosati PC
1700 K St NW, Suite 500
Washington, DC 20006-3817
Telephone: 202-973-8800
Facsimile: 202-973-8899
Email: pchalmers@wsgr.com


    /s/ E. Kyle McNew
E. Kyle McNew, Esquire (VSB No. 73210)
Counsel for Defendant AOL, LLC
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, Virginia 23510
Telephone:  (757) 687-7788
Facsimile:  (757) 687-1551
E-mail: kyle.mcnew@troutmansanders.com

354148_1.DOC