# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| § | |
| § | CIVIL ACTION NO. 2:07-cv-582 |
| v. § | |
| § | |
| MICROSOFT CORP., *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for AOL LLC, Defendant in the above-captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or which own ten percent or more of the stock of said party:

       Time Warner Incorporated
       Google Incorporated

**AOL, LLC**


By:   /s/ E. Kyle McNew
         *Of Counsel*

E. Kyle McNew, Esquire (VSB No. 73210)
Counsel for Defendant AOL, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7788
Facsimile:  (757) 687-1551
E-mail: kyle.mcnew@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, I electronically filed the foregoing Financial Interest Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt, Esquire
Nichole B. Vanderslice, Esquire
Rowland B. Hill, IV, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suit 1200
Richmond, VA 23219-3095
Email: cmerritt@cblaw.com
Email: nvanderslice@cblaw.com
Email: bhill@cblaw.com

Christin K. Cho, Esquire
Gregory S. Dovel, Esquire
Dovel & Luner LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Email: christin@dovellaw.com
Email: greg@dovellaw.com

David Rosen, Esquire
Murphy Rosen & Cohen LLP
100 Wilshire Blvd, Suite 1300
Santa Monica, CA 90401
Email: drosen@mrcllp.com

**Counsel for Defendant Google, Inc.,**
Charles P. Chalmers, Esquire
Wilson Sonsini Goodrich & Rosati PC
1700 K St NW, Suite 500
Washington, DC 20006-3817
Telephone: 202-973-8800
Facsimile: 202-973-8899
Email: pchalmers@wsgr.com

        /s/ E. Kyle McNew
E. Kyle McNew, Esquire (VSB No. 73210)
Counsel for Defendant AOL, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7788
Facsimile: (757) 687-1551
E-mail: kyle.mcnew@troutmansanders.com

354164_1.DOC