UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



| | |
|---|---|
| BID FOR POSITION, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07cv582 |
| | ) WDK/TEM |
| MICROSOFT CORP., *et al*, | ) |
| Defendants. | ) |

### ORDER FOR EXTENSION OF TIME

THIS MATTER is before the Court on the parties' agreed motion for an Order extending the time for the Defendant, Microsoft Corporation, to file responsive pleadings to the Complaint filed herein;

AND IT APPEARING that the parties are in agreement that such relief should be granted, as evidenced by the signatures of their counsel hereon, and deeming it proper to do so, it is hereby

ORDERED that the time for the Defendant, Microsoft Corporation, to file responsive pleadings to the Complaint herein be and is hereby extended to and including January 17, 2008.

Entered this 7th day of January, 2008.



/s/
Walter D. Kelley, Jr.
United States District Judge
_____
Judge

SEEN AND AGREED:

_____
Craig T. Merritt
Virginia State Bar No. 20281
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
(804) 697-4100
(804) 697-4112
*Counsel for Plaintiff*


WE ASK FOR THIS:

_____
William D. Dolan, III
Virginia State Bar No. 12455
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
(703) 760-1684
(703) 821-8949 (facsimile)
*Counsel for Microsoft Corporation*

MC1DOCS1\241937