# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**BID FOR POSITION, LLC,**

      **Plaintiff,**

      v.                                                                          Civil Action No. 2:07cv582

**AOL, LLC, GOOGLE, INC.,**
**MICROSOFT CORP., and**
**MIVA, INC.,**

      **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of John C. Lynch on the behalf of Defendant AOL, LLC, as counsel herein for all purposes in this matter.

**AOL, LLC**

By:   /s/ John C. Lynch

John C. Lynch, Esquire (VSB No. 39267)
E. Kyle McNew, Esquire (VSB No. 73210)
Counsel for Defendant AOL, LLC
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, Virginia 23510
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: kyle.mcnew@troutmansanders.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of January, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt, Esquire
Nichole B. Vanderslice, Esquire
Rowland B. Hill, IV, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suit 1200
Richmond, VA 23219-3095
Email: cmerritt@cblaw.com
Email: nvanderslice@cblaw.com
Email: bhill@cblaw.com

Christin K. Cho, Esquire
Gregory S. Dovel, Esquire
Dovel & Luner LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Email: christin@dovellaw.com
Email: greg@dovellaw.com

David Rosen, Esquire
Murphy Rosen & Cohen LLP
100 Wilshire Blvd, Suite 1300
Santa Monica, CA 90401
Email: drosen@mrcllp.com

**Counsel for Defendant Google, Inc.,**
Charles P. Chalmers, Esquire
Wilson Sonsini Goodrich & Rosati PC
1700 K St NW, Suite 500
Washington, DC 20006-3817
Telephone: 202-973-8800
Facsimile: 202-973-8899
Email: pchalmers@wsgr.com

And via first class mail to:

**Counsel for Defendant Microsoft Corporation**
William D. Dolan, III, Esquire
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949


    /s/ John C. Lynch
John C. Lynch, Esquire (VSB No. 39267)
Counsel for Defendant AOL, LLC
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, Virginia 23510
Telephone:  (757) 687-7765
Facsimile:  (757) 687-1504
E-mail: john.lynch@troutmansanders.com

354272_1.DOC