**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

|  |  |
|---|---|
| **BID FOR POSITION, LLC**, | CASE NO. 2:07-cv-582 RBS/TEM |
| *Plaintiff*, | |
| v. | |
| **AOL, LLC,** **GOOGLE, INC.,** **MICROSOFT CORP.,** and **MIVA, INC.**, | |
| *Defendants*. | |
| **MICROSOFT CORPORATION**, | |
| *Counterclaim-Plaintiff*, | |
| v. | |
| **BID FOR POSITION, LLC**, | |
| *Counterclaim-Defendant*. | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Microsoft Corporation in the above captioned action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: January 16, 2008                                  Respectfully submitted,

                                                         _____/s/_____
                                                         William D. Dolan, III
                                                         Virginia State Bar No. 12455
                                                         Michael W. Robinson
                                                         Virginia State Bar No. 26522
                                                         **VENABLE LLP**
                                                         8010 Towers Crescent Drive, Suite 300
                                                         Vienna, VA 22182
                                                         tel.  703-760-1684
                                                         fax. 703-821-8949
                                                         wddolan@venable.com

                                                         Richard A. Cederoth
                                                         **SIDLEY AUSTIN LLP**
                                                         1 South Dearborn Street
                                                         Chicago, Illinois 60603
                                                         tel. 312-853-7000
                                                         fax 312-853-7036
                                                         rcederoth@sidley.com

                                       *Counsel for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I, William D. Dolan, III, hereby certify that on the 16th day of January, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/EMF system, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt (cmerritt@cblaw.com)
R. Braxton Hill, IV (bhill@cblaw.com)
Nichole Buck Vanderslice (nvanderslice@cblaw.com)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel:  (804) 697-4100
Fax:  (804) 697-4112

Gregory S. Dovel (greg@dovellaw.com)
Christin Cho (christen@dovellaw.com)
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel:  (310) 656-7066
Fax:  (310) 656-7069

David Rosen (drosen@mrellp.com)
**MURPHY ROSEN & COHEN, L.L.P.**
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Tel:  (310) 899-3300
Fax:  (310) 399-7201

**Counsel for Defendant Google, Inc.**
Charles P. Chalmers (Pchalmers@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI PC**
1700 K Street, NW, Suite 500
Washington, DC 20006-3817
Tel:  (202) 973-8800
Fax:  (202) 973-8899

**Counsel for AOL, LLC**
John C. Lynch (john.lynch@troutmansanders.com)
Virginia State Bar No. 39267
**TROUTMAN SANDERS LLP**
150 West Main Street, Suite 1600
Norfolk, VA 23510
Tel:  (757) 687-7765
Fax:  (757) 687-1504

/s/
William D. Dolan, III
Virginia State Bar No. 12455
Michael W. Robinson
Virginia State Bar No. 26522
**VENABLE LLP**
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
tel.  703-760-1684
fax. 703-821-8949
wddolan@venable.com

MC1DOCS1\243137

3