IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:07CV00582WDK__, Case Name __Bid for Position, LLC v. Microsoft, et al__
Party Represented by Applicant: __Microsoft Corporation__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PERSONAL STATEMENT

FULL NAME (no initials, please) __Richard A. Cederoth__
Bar Identification Number __6185199__  State __Illinois__
Firm Name __Sidley Austin__
Firm Phone # __(312) 853-7000__  Direct Dial # __(312) 853-7026__  FAX # __(312) 853-7036__
E-Mail Address __rcederoth@sidley.com__
Office Mailing Address __One South Dearborn Street, Chicago, IL 60603__

Name(s) of federal court(s) in which I have been admitted __U.S. District Court, N.D. of Illinois; U.S. District Court E.D. Michigan__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __✓__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)  __1/16/08__ (Date)
__MICHAEL W ROBINSON__
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____  _____
(Judge's Signature)    (Date)