```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 2
Receipt Number: 200003192
Cashier ID: tlevinso
Transaction Date: 01/17/2008
Payer Name: VENABLE LLP
----------------------------------------
PRO HAC VICE
 For: RICHARD CEDEROTH
 Case/Party: D-VAE-2-08-CR-PROHAC-001
 Amount:       $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 6761
 Amt Tendered: $50.00
----------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

VENABLE LLP

RICHARD CEDEROTH
2:07cv582
```