IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| BID FOR POSITION, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| § | |
| § | |
| § | CIVIL ACTION NO. 2:07-cv-582 |
| v. § | |
| § | |
| MICROSOFT CORP., *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER FOR EXTENSION OF TIME

THIS MATTER is before the Court on the parties' agreed motion for an Order extending the time for the Defendant, AOL LLC, to file responsive pleadings to the Complaint filed herein;

AND IT APPEARING that the parties are in agreement that such relief should be granted, as evidenced by the signatures of their counsel hereon, and deeming it proper to do so, it is hereby

ORDERED that the time for the Defendant, AOL LLC, to file responsive pleadings to the Complaint herein be and is hereby extended to and including January 17, 2008.

Entered this 17 day of January, 2008.

/s/ 
Jerome B. Friedman
United States District Judge
UNITED STATES DISTRICT JUDGE

SEEN AND AGREED:

_____
R. Braxton Hill, IV, Esquire (VSB No. 41539)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
(804) 697-4100
(804) 697-4112
*Counsel for Plaintiff*


WE ASK FOR THIS:

_____
E. Kyle McNew, Esquire (VSB No. 73210)
Counsel for Defendant
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, Virginia 23510
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: kyle.mcnew@troutmansanders.com
*Counsel for AOL LLC*

2