

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **BID FOR POSITION, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO. 2:07cv582** |
| | ) **WDK/TEM** |
| **MICROSOFT CORP.,** *et al,* | ) |
| | ) |
| **Defendants.** | ) |

## ORDER FOR EXTENSION OF TIME

THIS MATTER is before the Court on the parties' agreed motion for

an Order extending the time for the Defendant, Google, Inc., to file

responsive pleadings to the Complaint filed herein;

AND IT APPEARING that the parties are in agreement that such

relief should be granted, as evidenced by the signatures of their counsel

hereon, and deeming it proper to do so, it is hereby

ORDERED that the time for the Defendant, Google, Inc., to file

responsive pleadings to the Complaint herein be and is hereby extended

to and including January 17, 2008.

Entered this _17_ day of January, 2008.

_____/s/_____
Jerome B. Friedman
United States District Judge
Judge

SEEN AND AGREED:

Craig T. Merritt
Virginia State Bar No. 20281
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
(804) 697-4100
(804) 697-4112
*Counsel for Plaintiff*


WE ASK FOR THIS:

Paul Chalmers
Virginia State Bar No. 44810
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW, Fifth Floor
Washington, DC 20006-3817
(202) 973-8844
(202) 973-8899

*Counsel for Google, Inc.*


MC1DOCS1\242122