IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:07CV00582WDK, Case Name Bid for Position, LLC v. Microsoft, et al
Party Represented by Applicant: Microsoft Corporation

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PERSONAL STATEMENT

FULL NAME (no initials, please) Richard A. Cederoth
Bar Identification Number 6185199   State Illinois
Firm Name Sidley Austin
Firm Phone # (312) 853-7000   Direct Dial # (312) 853-7026   FAX # (312) 853-7036
E-Mail Address rcederoth@sidley.com
Office Mailing Address One South Dearborn Street, Chicago, IL 60603

Name(s) of federal court(s) in which I have been admitted U.S. District Court, N.D. of Illinois; U.S. District Court E.D. Michigan

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not ✓ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   1/16/08 (Date)
MICHAEL W ROBINSON
(Typed or Printed Name)

FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted ____

The motion for admission is GRANTED ✓ or DENIED ____

/s/
Jerome B. Friedman
United States District Judge
(Judge's Signature)   1/17/08 (Date)