


**CHRISTIAN | BARTON,** LLP
*Attorneys At Law*

WRITER'S DIRECT DIAL
804/697-4108
WRITER'S DIRECT FAX
804/697-4112
WRITER'S E-MAIL
bhill@cblaw.com

January 22, 2008

**<u>BY OVERNIGHT MAIL</u>**

The Hon. Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

    Re:    *Bid for Position, LLC v. AOL, LLC, et al.*
             *Civil Action No. 2:07-cv-582*

Dear Mr. Galindo:

    I enclose, for preparation in the above-referenced matter, (1) a copy of the Complaint and (2) an original and two (2) copies of a Summons for Defendant MIVA, Inc., which will be served on MIVA's registered agent in Florida.

    Once the Complaint and Summons are ready for service, please contact Ms. Sarah Burch at (804) 697-6313, and she will make arrangements to have them retrieved by courier.

    I have also enclosed one extra set of each of the above-referenced pleadings. Please date stamp the enclosed extra set and return it to our courier with the prepared summons.

    Thank you for your assistance, and please call if you have any questions.

                                       Sincerely,

                                       R. Braxton Hill, IV

RBH/nbv/848965/07471.00001
Enclosures

cc:     Gregory S. Dovel, Esq. (by email with enclosures)
         Christin Cho, Esq. (by email with enclosures)