IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| BID FOR POSITION, LLC, | |
| Plaintiff, | CASE NO. 2:07-cv-582 JBF/TEM |
| v. | Jury Trial Demanded |
| AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC., | |
| Defendants. | |

REPLY OF BID FOR POSITION, LLC
TO COUNTERCLAIMS OF GOOGLE INC.

Plaintiff Bid for Position, LLC ("Bid For") hereby answers the counterclaims of Defendant Google Inc. ("Google"). The paragraphs in this reply are numbered to correspond to the paragraph numbers in Google's counterclaims. All of the allegations of the counterclaims not specifically admitted herein are specifically denied.

COUNTERCLAIMS

PARTIES

1.      Bid For admits the allegations contained in paragraph 1 of Google's counterclaims.

2.      Bid For admits the allegations contained in paragraph 2 of Google's counterclaims.

JURISDICTION AND VENUE

3.      Bid For denies the allegations contained in paragraph 3 of Google's counterclaims, except to the extent that it admits that this court has jurisdiction.

1

4.      Bid For admits the allegations contained in paragraph 4 of Google's counterclaims.

## COUNTERCLAIMS

5.      Bid For denies the allegations contained in paragraph 5 of Google's counterclaims, except to the extent that it admits (1) that the '151 patent was issued by the United States Patent and Trademark Office on May 29, 2007, and (2) that Plaintiff claims to be the owner of the '151 patent.

6.      Bid For admits the allegations contained in paragraph 6 of Google's counterclaims.

7.      Bid For admits the allegations contained in paragraph 7 of Google's counterclaims.

### FIRST CAUSE OF ACTION: Declaratory Judgment of Non-Infringement

8.      Bid For repeats and incorporates by reference its responses to the facts and allegations in paragraphs 1 through 7 of its reply to Google's counterclaims as if fully set forth herein.  With respect to Google's incorporation of paragraphs 1 through 21 of its answer and defenses, paragraphs 1 through 21 of Google's answer do not appear to contain any allegations, so no response appears necessary.  To the extent that paragraphs 1 through 21 of Google's answer contain any allegations, Bid For denies those allegations.  Bid For denies the allegations contained in Google's defenses.

9.      Bid For denies the allegations contained in paragraph 9 of Google's counterclaims.

### SECOND CAUSE OF ACTION: Declaratory Judgment of Invalidity and/or Unenforceability

10. Bid For repeats and incorporates by reference its responses to the facts and allegations in paragraphs 1 through 9 of its reply to Google's counterclaims as if fully set forth herein. With respect to Google's incorporation of paragraphs 1 through 21 of its answer and defenses, paragraphs 1 through 21 of Google's answer do not appear to contain any allegations, so no response appears necessary. To the extent that paragraphs 1 through 21 of Google's answer contain any allegations, Bid For denies those allegations. Bid For denies the allegations contained in Google's defenses.

11. Bid For denies the allegations contained in paragraph 11 of Google's counterclaims.

### EXCEPTIONAL CASE

12. Bid For denies the allegations contained in paragraph 12 of Google's counterclaims.

### RELIEF REQUESTED

Plaintiff and Counterclaim Defendant Bid For denies that Google is entitled to the relief it seeks or any relief for the allegations made in its Answer or Counterclaims. Plaintiff and Counterclaim Defendant Bid For requests that judgment be entered in its favor on all issues and it be awarded the appropriate damages, exceptional damages, costs, and attorneys' fees.

### DEMAND FOR JURY TRIAL

Bid For demands trial by jury of all issues so triable.

Dated: January 27, 2008    Respectfully submitted,

By:   /s/  
    R. Braxton Hill, IV
    Virginia State Bar No. 41539
    Email: bhill@cblaw.com
    Craig T. Merritt
    Virginia State Bar No. 20281
    Email: cmerritt@cblaw.com
    Nichole Buck Vanderslice
    Virginia State Bar No. 42637
    Email: nvanderslice@cblaw.com
    **Christian & Barton, LLP**
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    Telephone: 804-697-4100
    Facsimile: 804-697-4112

    Gregory S. Dovel
    CA State Bar No. 135387
    Email: greg@dovellaw.com
    Christin Cho
    CA State Bar No. 238173
    Email: christin@dovellaw.com
    **Dovel & Luner, LLP**
    201 Santa Monica Blvd., Suite 600
    Santa Monica, CA 90401
    Telephone: 310-656-7066
    Facsimile: 310-657-7069

    David Rosen
    CA State Bar No. 155385
    Email: drosen@mrcllp.com
    **Murphy, Rosen & Cohen LLP**
    100 Wilshire Boulevard Suite 300
    Santa Monica, CA 90401
    Telephone: 310-899-3300
    Facsimile: 310-399-7201

    ATTORNEYS FOR PLAINTIFF
    BID FOR, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard A Cederoth
*Attorney for Microsoft Corp.*
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)
rcederoth@sidley.com

William David Dolan, III
*Attorney for Microsoft Corp.*
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182-5601
703-760-1684
703-821-8949 (fax)
wddolan@venable.com

Charles Paul Chalmers
*Attorney for Google, Inc.*
Wilson Sonsini Goodrich & Rosati PC
1700 K St NW
Suite 500
Washington, DC 20006-3817
202-973-8800
202-973-8899 (fax)
pchalmers@wsgr.com

John Curtis Lynch
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
john.lynch@troutmansanders.com

Edward Kyle McNew
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
kyle.mcnew@troutmansanders.com

                                            /s/
                      R. Braxton Hill, IV (VSB 41539)
                      *Attorney for Bid for Position, LLC*
                      **Christian & Barton, LLP**
                      909 East Main Street, Suite 1200
                      Richmond, Virginia 23219-3095
                      Telephone:   (804) 697-4100
                      Facsimile:    (804) 697-4112
                      Email: bhill@cblaw.com

855449