# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **BID FOR POSITION, LLC,** | |
| Plaintiff, | CASE NO. 2:07-cv-582 JBF/TEM |
| v. | Jury Trial Demanded |
| **AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,** | |
| Defendants. | |

## REPLY OF BID FOR POSITION, LLC
## TO COUNTERCLAIMS OF AOL, LLC

Plaintiff Bid for Position, LLC ("Bid For") hereby answers the counterclaims of Defendant AOL, LLC ("AOL"). The paragraphs in this reply are numbered to correspond to the paragraph numbers in AOL's counterclaims. All of the allegations of the counterclaims not specifically admitted herein are specifically denied.

### COUNTERCLAIMS

1.    With respect to AOL's incorporation of paragraphs 1 through 21 of its answer, paragraphs 1 through 21 of AOL's answer do not appear to contain any allegations, so no response appears necessary. To the extent that paragraphs 1 through 21 of AOL's answer contain any allegations, Bid For denies those allegations. With respect to AOL's incorporation of paragraphs 22 through 28 of its defenses, Bid For denies the allegations contained in paragraphs 22 through 28 of AOL's defenses. With respect to AOL's incorporation of paragraph 29 of its answer and defenses, paragraph 29 does not exist, so no response appears necessary.

2.    Bid For admits the allegations contained in paragraph 2 of AOL's counterclaims.

1

3. Bid For admits the allegations contained in paragraph 3 of AOL's counterclaims.

4. Bid For admits the allegations contained in paragraph 4 of AOL's counterclaims.

5. Bid For admits the allegations contained in paragraph 5 of AOL's counterclaims.

6. Bid For admits the allegations contained in paragraph 6 of AOL's counterclaims.

7. Bid For denies the allegations contained in paragraph 7 of AOL's counterclaims, except to the extent that it admits that venue is proper.

**First Counterclaim: Declaratory Judgment of Non-Infringement**

8. Bid For repeats and incorporates by reference its responses to the facts and allegations in paragraphs 1 through 7 of its reply to AOL's counterclaims as if fully set forth herein. With respect to AOL's incorporation of paragraphs 1 through 21 of its answer, paragraphs 1 through 21 of AOL's answer do not appear to contain any allegations, so no response appears necessary. To the extent that paragraphs 1 through 21 of AOL's answer contain any allegations, Bid For denies those allegations. With respect to AOL's incorporation of paragraphs 22 through 28 of its defenses, Bid For denies the allegations contained in paragraphs 22 through 28 of AOL's defenses. With respect to AOL's incorporation of paragraph 29 of its answer and defenses, paragraph 29 does not exist, so no response appears necessary.

9. Bid For denies the allegations contained in paragraph 9 of AOL's counterclaims.

**Second Counterclaim: Declaratory Judgment of Invalidity**

10. Bid For repeats and incorporates by reference its responses to the facts and allegations in paragraphs 1 through 9 of its reply to AOL's counterclaims as if fully set forth herein. With respect to AOL's incorporation of paragraphs 1 through 21 of its answer, paragraphs 1 through 21 of AOL's answer do not appear to contain any allegations, so no response appears necessary. To the extent that paragraphs 1 through 21 of AOL's answer

contain any allegations, Bid For denies those allegations. With respect to AOL's incorporation of paragraphs 22 through 28 of its defenses, Bid For denies the allegations contained in paragraphs 22 through 28 of AOL's defenses. With respect to AOL's incorporation of paragraph 29 of its answer and defenses, paragraph 29 does not exist, so no response appears necessary.

11. Bid For denies the allegations contained in paragraph 11 of AOL's counterclaims.

### REQUEST FOR RELIEF

Plaintiff and Counterclaim Defendant Bid For denies that AOL is entitled to the relief it seeks or any relief for the allegations made in its Answer or Counterclaims. Plaintiff and Counterclaim Defendant Bid For requests that judgment be entered in its favor on all issues and it be awarded the appropriate damages, exceptional damages, costs, and attorneys' fees.

### DEMAND FOR JURY TRIAL

Bid For demands trial by jury of all issues so triable.

Dated: January 27, 2008

Respectfully submitted,

By: /s/
R. Braxton Hill, IV
Virginia State Bar No. 41539
Email: bhill@cblaw.com
Craig T. Merritt
Virginia State Bar No. 20281
Email: cmerritt@cblaw.com
Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
**Christian & Barton, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112

3

Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

David Rosen
CA State Bar No. 155385
Email: drosen@mrcllp.com
**Murphy, Rosen & Cohen LLP**
100 Wilshire Boulevard Suite 300
Santa Monica, CA 90401
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR PLAINTIFF
BID FOR, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard A Cederoth
*Attorney for Microsoft Corp.*
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)
rcederoth@sidley.com

William David Dolan, III
*Attorney for Microsoft Corp.*
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182-5601
703-760-1684
703-821-8949 (fax)
wddolan@venable.com

Charles Paul Chalmers
*Attorney for Google, Inc.*
Wilson Sonsini Goodrich & Rosati PC
1700 K St NW
Suite 500
Washington, DC 20006-3817
202-973-8800
202-973-8899 (fax)
pchalmers@wsgr.com

John Curtis Lynch
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
john.lynch@troutmansanders.com

Edward Kyle McNew
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
kyle.mcnew@troutmansanders.com

                                                  /s/
                                     R. Braxton Hill, IV (VSB 41539)
                                     *Attorney for Bid for Position, LLC*
                                     **Christian & Barton, LLP**
                                     909 East Main Street, Suite 1200
                                     Richmond, Virginia 23219-3095
                                     Telephone:  (804) 697-4100
                                     Facsimile:  (804) 697-4112
                                     Email: bhill@cblaw.com

855448