```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 2
Receipt Number: 200003401
Cashier ID: tlevinso
Transaction Date: 02/05/2008
Payer Name: KAUFMAN CANOLES
-----------------------------------
PRO HAC VICE
 For: KAUFMAN CANOLES
 Case/Party: D-VAE-2-08-CR-PROHAC-001
 Amount:         $200.00
-----------------------------------
CHECK
 Check/Money Order Num: 272944
 Amt Tendered: $200.00
-----------------------------------
Total Due:        $200.00
Total Tendered:   $200.00
Change Amt:       $0.00

KAUFMAN & CANOLES

CHARLES VERHOEVEN

DAVID PERLSON

EMILY O'BRIEN

ANTONIO SISTOS
2:07cv582
```