```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 2
Receipt Number: 200003401
Cashier ID: tlevinso
Transaction Date: 02/05/2008
Payer Name: KAUFMAN CANOLES
------------------------------------
PRO HOC VICE
  For: KAUFMAN CANOLES
  Case/Party: D-VAE-2-08-CR-PROHAC-001
  Amount:         $200.00
------------------------------------
CHECK
  Check/Money Order Num: 272944
  Amt Tendered:  $200.00
------------------------------------
Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:      $0.00

KAUFMAN & CANOLES

CHARLES VERHOEVEN

DAVID PERLSON

EMILY O'BRIEN

ANTONIO SISTOS
2:07cv582
```