FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4**

In Case Number **2:07-cv-582** , Case Name **Bid For Position v. AOL**, et al.
Party Represented by Applicant: **Google, Inc.**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) **Charles Kramer Verhoeven**
Bar Identification Number **170151**          State **CA**
Firm Name **Quinn Emanuel Urquhart Oliver & Hedges, LLP**
Firm Phone # **(415) 875-6600**     Direct Dial # **(415) 875-6301**     FAX # **(415) 875-6700**
E-Mail Address **charlesverhoeven@quinnemanuel.com**
Office Mailing Address **50 California St., 22nd Flr., San Francisco, CA  94111**
Name(s) of federal court(s) in which I have been admitted **Court of Appeals for the Federal Circuit, Court of Appeals for the Ninth Circuit Eastern & Southern Districts of New York, Central, Northern, Southern & Eastern Districts of California**
I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                    2/4/2008
                                                                (Date)
Stephen E. Noona
(Typed or Printed Name)                                          36

FILED

FEB - 6 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Court Use Only:

Clerk's Fee Paid __✓__  or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Jerome B. Friedman
(Judge's Signature)  United States District Judge

2/6/08
(Date)

FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4**

In Case Number **2:07-cv-582** , Case Name **Bid For Position v. AOL, et al.**

Party Represented by Applicant: **Google, Inc.**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please)   **David Andrew Perlson**

Bar Identification Number **209502**          State **CA**

Firm Name **Quinn Emanuel Urquhart Oliver & Hedges, LLP**

Firm Phone #**(415) 875-6600**   Direct Dial #**(415) 875-6344**      FAX # **(415) 875-6700**

E-Mail Address      **davidperlson@quinnemanuel.com**

Office Mailing Address **50 California St., 22nd Flr., San Francisco, CA 94111**

Name(s) of federal court(s) in which I have been admitted   **Northern Districts of California, Court of Appeals for the Ninth Circuit, USDC for Northern District of IL; Court of Appeals for the Federal Circuit**

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _**X**__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          __2/4/2008__
(Signature)                                                              (Date)

_Stephen E. Noona_
(Typed or Printed Name)

FILED

FEB - 6 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**Court Use Only:**

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_/s/_ _____
Jerome B. Friedman
(Judge) United States District Judge

__2/6/08__
(Date)

```
FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1 (D) AND LOCAL
CRIMINAL RULE 57.4**

In Case Number <u>2:07-cv-582</u> , Case Name <u>Bid For Position v. AOL, et al.</u>
Party Represented by Applicant: <u>Google, Inc.</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

**PERSONAL STATEMENT**

FULL NAME (no initials, please) <u>Emily Christina O'Brien</u>
Bar Identification Number <u>240072</u>     State <u>CA</u>
Firm Name <u>Quinn Emanuel Urquhart Oliver & Hedges, LLP</u>
Firm Phone # <u>(415) 875-6600</u>     Direct Dial # <u>(415) 875-6323</u>     FAX # <u>(415) 875-6700</u>
E-Mail Address <u>emilyobrien@quinnemanuel.com</u>
Office Mailing Address <u>50 California St., 22nd Flr., San Francisco, CA  94111</u>

Name(s) of federal court(s) in which I have been admitted <u>Northern District of California</u>

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice*
admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am _____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

_____     _2/4/2008_
(Signature)     (Date)

_____                                38
(Typed or Printed Name)

**Court Use Only:**

Clerk's Fee Paid ____✓____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

```
FILED

FEB - 6 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

_/s/_ _____     _2/6/08_
Jerome B. Friedman
(Judge's Signature) United States District Judge     (Date)

FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4**

In Case Number 2:07-cv-582 , Case Name Bid For Position v. AOL, et al.

Party Represented by Applicant: Google, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please)  Antonio Ricardo Sistos

Bar Identification Number , 238847   State CA

Firm Name Quinn Emanuel Urquhart Oliver & Hedges, LLP

Firm Phone # (415) 875-6600   Direct Dial # (415) 875-6334   FAX # (415) 875-6700

E-Mail Address antoniosistos@quinnemanuel.com

Office Mailing Address 50 California St., 22nd Flr., San Francisco, CA 94111

Name(s) of federal court(s) in which I have been admitted  Northern District of California

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally; that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                 (Date)

(Typed or Printed Name)

FILED

FEB - 6 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**Court Use Only:**

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

/s/

Jerome B. Friedman

(Judge's Signature) United States District Judge

2/6/08

(Date)