# United States District Court

ORIGINAL

EASTERN _____ DISTRICT OF _____ VIRGINIA
Norfolk Division

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC,

GOOGLE, INC.,

MICROSOFT CORP.,

and

MIVA, INC.,

    Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07cv582

J. Lee Vause
Certified Process Server ID#81
Second Judicial Circuit Florida
Date 1-25-08 Time 2:30pm

TO:    MIVA, Inc.

SERVE:    Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    R. Braxton Hill, IV (VSB 415391)
    Christian & Barton, L.L.P.
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    (804) 697-4100

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo                        January 24, 2008
CLERK                                                  DATE

/s/ Valerie A. Ward
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
            Date              Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED

FEB - 7 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Florida

Case Number: 2:07CV582

2008 FEB -7 P 3: 13

NORFOLK, VIRGINIA

Plaintiff:
**BID for Position, LLC,**

vs.

Defendant:
**AOL, LLC, Google, Inc., Microsoft Corp., and Miva, Inc.,**

For:
Plaintiff's Attorney

Received by Capital Connection on the 25th day of January, 2008 at 10:00 am to be served on **Miva, Inc. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525.**

I, J. Lee Vause, Jr., do hereby affirm that on the **25th day of January, 2008** at **2:30 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons & Complaint for Patent Infringment** with the date and hour of service endorsed thereon by me, to: **Kim Glover** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Corporation Service Company** as **Registered Agent for Miva, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

J. Lee Vause, Jr.
I.D. #81 2nd Circuit

**Capital Connection**
417 E. Virginia St.
Suite 1
Tallahassee, FL 32301
(850) 224-8870
Our Job Serial Number: 2008001326