IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC,
GOOGLE, INC.,
MICROSOFT CORP.,
and MIVA, INC.,

    Defendants.

Civil Action No. 2:07cv582 (JBF-TEM)

AOL, LLC,
GOOGLE, INC.,
and MICROSOFT CORPORATION,

    Counterclaim Plaintiffs,

v.

BID FOR POSITION, LLC,

    Counterclaim Defendant.

## NOTICE OF APPEARANCE FOR GOOGLE, INC.

The Defendant and Counterclaim Plaintiff, Google, Inc. ("Google"), by counsel, files this Notice of Appearance notifying the Court that Stephen E. Noona of the law firm of Kaufman & Canoles, P.C. will serve as counsel for Google in this matter.

Dated:  February 8, 2008

                        Respectfully submitted,

                           /s/ Stephen E. Noona
                        Stephen E. Noona (VSB No. 25367)
senoona@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Thomas D. Pease
thomaspease@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

*Counsel for Google, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt (VSB No. 20281)
cmerritt@cblaw.com
R. Braxton Hill, IV (VSB No. 41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB No. 42637)
nvanderslice@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA  23219-3095
Telephone:  (804) 697-4100
Facsimile:   (804) 697-4112

Gregory S. Dovel, *pro hac vice*
greg@dovellaw.com
Christin K. Cho, *pro hac vice*
christen@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA  90401
Telephone:  (310) 656-7066
Facsimile:   (310) 656-7069

David Rosen, *pro hac vice*
drosen@mrcllp.com
MURPHY ROSEN & COHEN, L.L.P.
100 Wilshire Blvd., Suite 1300
Santa Monica, CA  90401
Telephone:  (310) 899-3300
Facsimile:   (310) 399-7201

**Counsel for Defendant AOL, LLC**
John C. Lynch (VSB No. 39267
john.lynch@troutmansanders.com
E. Kyle McNew (VSB No. 73210)
kyle.mcnew@troutmansanders.com
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, VA  23510
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504

3

**Counsel for Defendant Google, Inc.**
C. Paul Chalmers (VSB No. 44810)
pchalmers@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street, N.W., Suite 500
Washington, DC 20006-3817
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

**Counsel for Defendant Microsoft Corporation**
William D. Dolan, III (VSB No. 12455)
wddolan@venable.com
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949

Richard A. Cederoth, *pro hac vice*
rcederoth@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

/s/ Stephen E. Noona
*Counsel for Google, Inc.*
Stephen E. Noona (VSB No. 25367)
senoona@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

1322760\1