Bid for Position, LLC v. AOL, LLC et al                                                                                    Doc. 43 Att. 1

# Exhibit 1

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BID FOR POSITION, LLC,

    Plaintiff,

v.                                        Civil Action No. 2:07cv582 (JBF-TEM)

AOL, LLC,
GOOGLE, INC.,
MICROSOFT CORP.,
and MIVA, INC.,

    Defendants.

---

AOL, LLC,
GOOGLE, INC.,
and MICROSOFT CORPORATION,

    Counterclaim Plaintiffs,

v.

BID FOR POSITION, LLC,

    Counterclaim Defendant.

**AGREED ORDER OF SUBSTITUTION**

On this day came the Defendant and Counterclaim Plaintiff, Google, Inc. ("Google"), by counsel, upon Google's Motion for Substitution of Counsel and, after agreement of counsel and good cause shown, it is

ORDERED, ADJUDGED and DECREED that: (1) Google's Motion for Substitution is granted; (2) Stephen Edward Noona, Esquire and the law firm of Kaufman & Canoles, P.C. are

hereby substituted in the place of Charles Paul Chalmers, Esquire and the law firm of Wilson Sonsini Goodrich & Rosati PC as counsel for Google in the referenced matter; and (3) Charles Paul Chalmers, Esquire and the law firm of Wilson Sonsini Goodrich & Rosati PC are granted leave to withdraw as counsel from this matter;

The withdrawal and substitution of counsel will not alter any deadlines existing in this case including the trial date which has not been set.

ENTER: \_\_\_\_/\_\_\_\_/\_\_\_\_


JUDGE: _____
United States District Court
Eastern District of Virginia

WE ASK FOR THIS:

_____
Stephen E. Noona (VSB No. 25367)
senoona@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

2

Thomas D. Pease
thomaspease@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100



_____
C. Paul Chalmers (VSB No. 44810)
pchalmers@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street, N.W., Suite 500
Washington, DC 20006-3817
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel for Google, Inc.*


SEEN:


_____
Craig T. Merritt (VSB No. 20281)
cmerritt@cblaw.com
R. Braxton Hill, IV (VSB No. 41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB No. 42637)
nvanderslice@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Gregory S. Dovel, *pro hac vice*
greg@dovellaw.com
Christin K. Cho, *pro hac vice*
christin@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

3

David Rosen, *pro hac vice*
drosen@mrcllp.com
MURPHY ROSEN & COHEN, L.L.P.
100 Wilshire Blvd., Suite 1300
Santa Monica, CA  90401
Telephone:  (310) 899-3300
Facsimile:   (310) 399-7201

*Counsel for Bid for Position, LLC*


John C. Lynch (VSB No. 39267)
john.lynch@troutmansanders.com
E. Kyle McNew (VSB No. 73210)
kyle.mcnew@troutmansanders.com
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, VA  23510
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504

*Counsel for AOL, LLC*


William D. Dolan, III (VSB No. 12455)
wddolan@venable.com
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182
Telephone:  (703) 760-1684
Facsimile:   (703) 821-8949

Richard A. Cederoth, *pro hac vice*
rcederoth@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036

*Counsel for Microsoft Corporation*

1322704\1