UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

-------------------------------------------------------------------X

BID FOR POSITION, LLC,

                Plaintiff,

          -v-

AOL, LLC, GOOGLE, INC., MICROSOFT CORP.
and MIVA, INC.

                Defendant.

CIVIL ACTION NO. 2:07-CV-582

-------------------------------------------------------------------X

MIVA, INC.,

                Counterclaim Plaintiff,

          -v-

BID FOR POSITION, LLC,

                Counterclaim Defendant.

-------------------------------------------------------------------X

## MIVA, INC.'S FINANCIAL INTEREST DISCLOSURE STATEMENT

        Pursuant to Local Rule 7.1 of the Eastern District of Virginia and Fed. R. Civ. P. 7.1, the undersigned counsel for Miva, Inc. in the above-captioned civil action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of Miva, Inc. that have issued shares or debt securities to the public and that no publicly held entity owns 10% or more of its stock.

Dated: Richmond, Virginia
February 14, 2008

By:_____
Dana J. Finberg (VSB #34977)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Post Office Box 2499
Richmond, Virginia 23219
Tel.: (804) 916-7109
Fax.: (804) 916-7219
dana.finberg@leclairryan.com

Counsel for Defendant,
MIVA, Inc.

*OF COUNSEL*

Paul D. Ackerman, Esq.
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Tel.: 212-415-9372
Fax.: 212-953-7201
ackerman.paul@dorsey.com

Counsel for Defendant,
MIVA, Inc.

**CERTIFICATE OF SERVICE**

I, Dana J. Finberg, hereby certify that on the 14th day of February, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the parties listed below, and I hereby certify that a copy of same will also be sent via First Class mail to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt (cmerrit@cblaw.com)
R. Braxton Hill, IV (bhill@cblaw.co)
Nichole Buck Vanderslice (nvanderslice@cblaw.com)
CHRISTIAN & BARTON, LLP
900 East Mains Street, Suite 1200
Richmond, Virginia 23219-3095
Tel: (804) 697 – 4100
Fax: (804) 697 – 4112

Gregory S. Dovel (greg@dovellaw.com)
Christian Cho (christen@dovellaw.com)
DOVEL & LUNDER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656 – 7066
Fax: (310) 656 – 7069

David Rosen (drosen@mrellp.com)
MURPHY ROSEN 7 COHEN, L.L.P.
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Tel: (310) 899 – 3300
Fax: (31) 399 – 7201

**Counsel for AOL, LLC**
John C. Lynch (john.lynch@troutmansanders.com)
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, VA 23510
Tel: (757) 687 – 7765
Fax: (767) 687 – 1504

**Counsel for Microsoft Corporation**
William D. Dolan, III
Michael W. Robinson (wddolan@venable.com)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel: (703) 766 – 1684
Fax: (703) 821 – 8949

**Counsel for Google, Inc.**
C. Paul Chalmers (pchalmers@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street, N.W. Suite 500
Washington, D.C. 20006-3817
Tel.:(202) 973-8800
Fax.: (202) 973-8899

By: _____/S/_____
Dana J. Finberg (VSB #34977)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Post Office Box 2499
Richmond, Virginia 23219
Tel.: (804) 916-7109
Fax.: (804) 916-7219
dana.finberg@leclairryan.com
Counsel for Defendant,
MIVA, Inc.