# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| **BID FOR POSITION, LLC,** | |
| **Plaintiff,** | **CASE NO. 2:07-cv-582 JBF/TEM** |
| v. | **Jury Trial Demanded** |
| **AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,** | |
| **Defendants.** | |

### PLAINTIFF AND COUNTERDEFENDANT BID FOR POSITION, LLC
### REPLY TO COUNTERCLAIMS OF DEFENDANT MIVA, INC.

Plaintiff Bid for Position, LLC ("Bid For") hereby answers the counterclaims of Defendant MIVA, Inc. ("MIVA"). The paragraphs in this reply are numbered to correspond to the paragraph numbers in MIVA's counterclaims. All of the allegations of the counterclaims not specifically admitted herein are specifically denied.

## COUNTERCLAIMS

### PARTIES

1. Bid For admits the allegations contained in paragraph 1 of MIVA's counterclaims.

2. Bid For admits the allegations contained in paragraph 2 of MIVA's counterclaims.

### JURISDICTION AND VENUE

3. Bid For admits the allegations contained in paragraph 3 of MIVA's counterclaims.

1

4.     Bid For admits the allegations contained in paragraph 4 of MIVA's counterclaims.

## COUNTERCLAIMS

5.     Bid For admits the allegations contained in paragraph 5 of MIVA's counterclaims.

6.     Bid For denies the allegations contained in paragraph 5 of MIVA's counterclaims, except to the extent that it admits that Bid For Position has alleged that certain acts by MIVA have infringed upon the '151 patent.

7.     Bid For admits the allegations contained in paragraph 6 of MIVA's counterclaims.

## FIRST CAUSE OF ACTION
### Declaratory Judgment of Non-Infringement

8.     Bid For repeats and incorporates by reference its responses to the facts and allegations in paragraphs 1 through 7 of its reply to MIVA's counterclaims as if fully set forth herein.  With respect to MIVA's incorporation of paragraphs 1 through 21 of its Answer, paragraphs 1 through 21 do not appear to contain any allegations, so no response appears necessary.  To the extent that paragraphs 1 through 21 of MIVA's Answer contain any allegations, Bid For denies those allegations.  With respect to MIVA's incorporation of paragraphs 22 through 25 of its Affirmative Defenses, Bid For denies the allegations contained in those paragraphs.

9.     Bid For denies the allegations contained in paragraph 9 of MIVA's counterclaims.

## SECOND CAUSE OF ACTION
### Declaratory Judgment of Invalidity and/or Unenforceability

10. Bid For repeats and incorporates by reference its responses to the facts and allegations in paragraphs 1 through 9 of its reply to MIVA's counterclaims as if fully set forth herein. With respect to MIVA's incorporation of paragraphs 1 through 21 of its Answer, paragraphs 1 through 21 do not appear to contain any allegations, so no response appears necessary. To the extent that paragraphs 1 through 21 of MIVA's Answer contain any allegations, Bid For denies those allegations. With respect to MIVA's incorporation of paragraphs 22 through 26 of its Defenses, Bid For denies the allegations contained in those paragraphs.

11. Bid For denies the allegations contained in paragraph 11 of MIVA's counterclaims.

## EXCEPTIONAL CASE

12. Bid For denies the allegations contained in paragraph 12 of MIVA's counterclaims.

## RELIEF REQUESTED

Plaintiff and Counterclaim Defendant Bid For denies that MIVA is entitled to the relief it seeks or any relief for the allegations made in its Answer or Counterclaims. Plaintiff and Counterclaim Defendant Bid For requests that judgment be entered in its favor on all issues and it be awarded the appropriate damages, exceptional damages, costs, and attorneys' fees.

## DEMAND FOR JURY TRIAL

Bid For demands trial by jury of all issues so triable.

Dated: February 18, 2008	Respectfully submitted,

By:   /s/              
     R. Braxton Hill, IV
     Virginia State Bar No. 41539
     Email: bhill@cblaw.com
     Craig T. Merritt
     Virginia State Bar No. 20281
     Email: cmerritt@cblaw.com
     Nichole Buck Vanderslice
     Virginia State Bar No. 42637
     Email: nvanderslice@cblaw.com
     **Christian & Barton, LLP**
     909 East Main Street, Suite 1200
     Richmond, Virginia 23219-3095
     Telephone: 804-697-4100
     Facsimile: 804-697-4112

     Gregory S. Dovel
     CA State Bar No. 135387
     Email: greg@dovellaw.com
     Christin Cho
     CA State Bar No. 238173
     Email: christin@dovellaw.com
     **Dovel & Luner, LLP**
     201 Santa Monica Blvd., Suite 600
     Santa Monica, CA 90401
     Telephone: 310-656-7066
     Facsimile: 310-657-7069

     David Rosen
     CA State Bar No. 155385
     Email: drosen@mrcllp.com
     **Murphy, Rosen & Cohen LLP**
     100 Wilshire Boulevard Suite 300
     Santa Monica, CA 90401
     Telephone: 310-899-3300
     Facsimile: 310-399-7201

     ATTORNEYS FOR PLAINTIFF
     BID FOR, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard A Cederoth
*Attorney for Microsoft Corp.*
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)
rcederoth@sidley.com

William David Dolan, III
*Attorney for Microsoft Corp.*
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182-5601
703-760-1684
703-821-8949 (fax)
wddolan@venable.com

Charles Kramer Verhoeven
*Attorney for Google, Inc.*
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com

Stephen Edward Noona
*Attorney for Google, Inc.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

John Curtis Lynch
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
john.lynch@troutmansanders.com

Edward Kyle McNew
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
kyle.mcnew@troutmansanders.com

Dana Johannes Finberg
*Attorney for MIVA, Inc.*
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
804-916-7109
Fax: 804-916-7219
Email: dana.finberg@leclairryan.com

/s/
R. Braxton Hill, IV (VSB 41539)
*Attorney for Bid for Position, LLC*
**Christian & Barton, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
Email: bhill@cblaw.com

859321