IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __07-CV-582__, Case Name __Bid for Position, LLC v. AOL, LLC et al.__
Party Represented by Applicant: __MIVA, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Paul Douglas Ackerman__
Bar Identification Number __2756849__ State __New York__
Firm Name __Dorsey & Whitney LLP__
Firm Phone # __(212) 415-9200__ Direct Dial # __(212) 415-9372__ FAX # __(212) 953-7201__
E-Mail Address __ackerman.paul@dorsey.com__
Office Mailing Address __250 Park Avenue, New York, New York 10177__

Name(s) of federal court(s) in which I have been admitted __E.D.N.Y.; S.D.N.Y.; D.N.J.__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) __2/11/08__
Dana J. Finberg (Date)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted ____

The motion for admission is GRANTED __X__ or DENIED ____

/s/
Jerome B. Friedman
United States District Judge
(Judge's Signature) __2/19/08__
(Date)

FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA