IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:07-cv-582__, Case Name __Bid for Position v. AOL, et al.__
Party Represented by Applicant: __AOL, LLC__

FILED FEB 27 2008 CLERK, U.S. DISTRICT COURT NORFOLK, VA

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Robert Leo Burns, II__
Bar Identification Number __65159__ State __Virginia__
Firm Name __Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P.__
Firm Phone # __(571) 203-2700__ Direct Dial # __(571) 203-2736__ FAX # __(202) 408-4400__
E-Mail Address __robert.burns@finnegan.com__
Office Mailing Address __Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190-5675__

Name(s) of federal court(s) in which I have been admitted __U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the Fourth Circuit__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) _____ 2-27-08 (Date)
E. Kyle McNew
(Typed or Printed Name)

FILED FEB 28 2008 CLERK, U.S. DISTRICT COURT NORFOLK, VA

Court Use Only:

Clerk's Fee Paid __X__ or Exemption Granted ____

The motion for admission is GRANTED __✓__ or DENIED ____

/s/
__Jerome B. Friedman__
(Judge) United States District Judge

2/28/08
(Date)