### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC, | |
|            Plaintiff, | CASE NO. 2:07-cv-582 JBF/TEM |
|     v. | |
| AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC., | |
|            Defendants. | |

### MOTION FOR ORDER EXTENDING DEADLINE
### FOR CERTAIN DISCOVERY OBJECTIONS

Plaintiff Bid for Position, LLC ("Bid For"), by counsel and pursuant to E.D. Va. R. 26(C), respectfully requests that the Court enter an order extending the time for serving objections to the respective dates on which substantive responses are due for the following discovery requests:

Plaintiff's First Interrogatories to Defendants Google, AOL, Microsoft and MIVA and First Requests for Production to Defendant Google, served March 3, 2008;

Defendants' First Interrogatories and First Requests for Production to Plaintiff, served March 6, 2008;

Defendant MIVA's First Interrogatories to Plaintiff, served March 7, 2008;

Defendant Google's First Interrogatories to Plaintiff, served March 10, 2008;

Plaintiff's First Requests for Production to Defendants AOL, Microsoft and MIVA, served March 10, 2008; and

Defendant Microsoft's First Interrogatories to Plaintiff, served March 11, 2008.

1

Dockets.Justia.com

An Agreed Order is being circulated among counsel and will be submitted to the Court once it is fully endorsed.

Dated: March 18, 2008

Respectfully submitted,

By:    /s/
    R. Braxton Hill, IV
    Virginia State Bar No. 41539
    Email: bhill@cblaw.com
    Craig T. Merritt
    Virginia State Bar No. 20281
    Email: cmerritt@cblaw.com
    Nichole Buck Vanderslice
    Virginia State Bar No. 42637
    Email: nvanderslice@cblaw.com
    **Christian & Barton, LLP**
    909 East Main Street, Suite 1200
    Richmond, Virginia 23219-3095
    Telephone: 804-697-4100
    Facsimile: 804-697-4112

    Gregory S. Dovel
    CA State Bar No. 135387
    Email: greg@dovellaw.com
    Christin Cho
    CA State Bar No. 238173
    Email: christin@dovellaw.com
    **Dovel & Luner, LLP**
    201 Santa Monica Blvd., Suite 600
    Santa Monica, CA 90401
    Telephone: 310-656-7066
    Facsimile: 310-657-7069

    David Rosen
    CA State Bar No. 155385
    Email: drosen@mrcllp.com
    **Murphy, Rosen & Cohen LLP**
    100 Wilshire Boulevard Suite 300
    Santa Monica, CA 90401
    Telephone: 310-899-3300
    Facsimile: 310-399-7201

    ATTORNEYS FOR PLAINTIFF
    BID FOR POSITION, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard A Cederoth
*Attorney for Microsoft Corp.*
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)
rcederoth@sidley.com

William David Dolan, III
*Attorney for Microsoft Corp.*
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182-5601
703-760-1684
703-821-8949 (fax)
wddolan@venable.com

Charles Kramer Verhoeven
*Attorney for Google, Inc.*
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com

Stephen Edward Noona
*Attorney for Google, Inc.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

John Curtis Lynch
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
john.lynch@troutmansanders.com

Edward Kyle McNew
*Attorney for AOL, LLC*
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
757-687-7765
757-687-1504 (fax)
kyle.mcnew@troutmansanders.com

Dana Johannes Finberg
*Attorney for MIVA, Inc.*
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
804-916-7109
Fax: 804-916-7219
Email: dana.finberg@leclairryan.com

      /s/
R. Braxton Hill, IV (VSB 41539)
*Attorney for Bid for Position, LLC*
**Christian & Barton, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:   (804) 697-4100
Facsimile:   (804) 697-4112
Email: bhill@cblaw.com

863572