FILED
MAR 2 5 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC, GOOGLE, INC.,
MICROSOFT CORP., and MIVA, INC.,

    Defendants.

CASE NO. 2:07-cv-582 JBF/TEM

## AGREED ORDER EXTENDING DEADLINE
## FOR CERTAIN DISCOVERY OBJECTIONS

By agreement of the parties, pursuant to E.D. Va. R. 26(C) it is ORDERED that the time for serving objections is hereby extended to the respective dates on which substantive responses are due for the following discovery requests:

Plaintiff's First Interrogatories to Defendants Google, AOL, Microsoft and MIVA and First Requests for Production to Defendant Google, served March 3, 2008;

Defendants' First Interrogatories and First Requests for Production to Plaintiff, served March 6, 2008;

Defendant MIVA's First Interrogatories to Plaintiff, served March 7, 2008;

Defendant Google's First Interrogatories to Plaintiff, served March 10, 2008;

Plaintiff's First Requests for Production to Defendants AOL, Microsoft and MIVA, served March 10, 2008; and

Defendant Microsoft's First Interrogatories to Plaintiff, served March 11, 2008.

IT IS SO ORDERED.

Date: March 24, 2008

UNITED STATES MAGISTRATE JUDGE

1

AGREED:

_/s/_

R. Braxton Hill, IV (VSB 41539)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
(804) 697-4112 (fax)

Gregory S. Dovel
Christin Cho
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066
(310) 657-7069 (fax)

David Rosen
Murphy, Rosen & Cohen LLP
100 Wilshire Boulevard Suite 300
Santa Monica, CA 90401
(310) 899-3300
(310) 399-7201

ATTORNEYS FOR PLAINTIFF
BID FOR POSITION, LLC

AGREED:

_____
Stephen Edward Noona (VSB 25367)
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239

David Perlson
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (fax)

ATTORNEYS FOR GOOGLE, INC.

AGREED:

_[signature]_

Dana Johannes Finberg
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
(804) 916-7109
(804) 916-7219 (fax)

Paul Douglas Ackerman
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200
(212) 953-7201 (fax)

ATTORNEYS FOR MIVA, INC.

863496

AGREED:

_____
William David Dolan, III
Michael Robinson
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182-5601
703-760-1684
703-821-8949 (fax)


Richard A Cederoth
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)


ATTORNEYS FOR MICROSOFT
CORPORATION

AGREED:

*[signature]*

John C. Lynch
Edward Kyle McNew
Troutman Sanders LLP
150 W Main St
Suite 1600
Norfolk, VA 23510
(757) 687-7765
(757) 687-1504 (fax)

Robert L. Burns
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
Two Freedon Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (fax)

ATTORNEYS FOR AOL, LLC