IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BID FOR POSITION, LLC,

    Plaintiff,

v.                                                                Civil Action No. 2:07cv582 (JBF-TEM)

AOL, LLC,
GOOGLE, INC.,
MICROSOFT CORP.,
and MIVA, INC.,

    Defendants.

AOL, LLC,
GOOGLE, INC.,
MICROSOFT CORPORATION,
and MIVA, INC.,

    Counterclaim Plaintiffs,

v.

BID FOR POSITION, LLC,

    Counterclaim Defendant.

## **MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXTEND TIME TO FILE OBJECTIONS**

    Defendant and Counterclaim Plaintiff, Google, Inc. ("Google"), by counsel, for its Motion and Memorandum in Support of Motion for Leave to Extend Time to File Objections, states as follows:

    1.    On or about March 12, 2008, Bid for Position served its Second Set of Interrogatories and Microsoft served its Amended First Set of Interrogatories.

2. The time for filing objections to either set of interrogatories pursuant to Local Rule 26(C) has not expired.

3. The parties have agreed that the objections to the referenced interrogatories for all responding parties may be served at the same time that substantive responses are made to each respective set of discovery requests.

4. The parties are circulating an order in the same form as the proposed order attached as **Exhibit 1** and, once endorsed, will forward that order to the Court for consideration.

WHEREFORE, Google, Inc., by counsel, requests that the Court enter an order granting the requested relief.

Dated: March 31, 2008.  Respectfully submitted,

   /s/ Stephen E. Noona
Stephen E. Noona
(VSB No. 25367)
senoona@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson

Emily C. O'Brien

Antonio R. Sistos
antoniosistos@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Telephone: (415) 875-6600
Facsimile: (415) 875-6700


Thomas D. Pease
thomaspease@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Google, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**

Craig T. Merritt
 (VSB No. 20281)
cmerritt@cblaw.com
R. Braxton Hill, IV
(VSB No. 41539)
bhill@cblaw.com
Nichole Buck Vanderslice
(VSB No. 42637)
nvanderslice@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112


Gregory S. Dovel, *pro hac vice*
greg@dovellaw.com
Christin K. Cho, *pro hac vice*
christin@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

David Rosen, *pro hac vice*
drosen@mrcllp.com
MURPHY ROSEN & COHEN, L.L.P.
100 Wilshire Blvd., Suite 1300
Santa Monica, CA  90401
Telephone:  (310) 899-3300
Facsimile:   (310) 399-7201


**Counsel for Defendant AOL, LLC**
John C. Lynch (VSB No. 39267)
john.lynch@troutmansanders.com
E. Kyle McNew (VSB No. 73210)
kyle.mcnew@troutmansanders.com
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, VA  23510
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504

Robert L. Burns, II, *pro hac vice*
robert.burns@finnegan.com
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
Telephone:  (571) 203-2700
Facsimile:   (202) 408-4400


**Counsel for Defendant Google, Inc.**

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:   (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

**Counsel for Defendant Microsoft Corporation**
William D. Dolan, III (VSB No. 12455)
wddolan@venable.com
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949

Richard A. Cederoth, *pro hac vice*
rcederoth@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

**Counsel for MIVA, Inc.**
Dana J. Finberg (VSB No. 34977)
dana.finberg@leclairryan.com
LECLAIR RYAN, PC
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7109
Facsimile: (804) 916-7219

Paul D. Ackerman, *pro hac vice*
ackerman.paul@dorsey.com
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

      /s/ Stephen E. Noona
*Counsel for Google, Inc.*
Stephen E. Noona (VSB No. 25367)
senoona@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

::ODMA\PCDOCS\DOCSNFK\1348257\1