IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

BID FOR POSITION, LLC,

Plaintiff,

v.

AOL, LLC, GOOGLE, INC.,
MICROSOFT CORP., and MIVA, INC.,

Defendants.

CASE NO. 2:07-cv-582 JBF/TEM

## AGREED ORDER EXTENDING DEADLINE
## FOR CERTAIN DISCOVERY OBJECTIONS

On motion and by agreement of the parties, pursuant to Local Rule 26(C) of the Rules of this Court and for good cause shown, it is ORDERED that the time for serving objections to the following discovery is hereby extended to the respective dates on which substantive responses are due for the following discovery requests:

Bid for Position's Second Set of Interrogatories served March 12, 2008; and

Microsoft's Amended First Set of Interrogatories served March 12, 2008.

IT IS SO ORDERED.

Date: April 10, 2008

/s/
Tommy E. Miller
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

We ask for this:

Stephen E. Noona
(VSB No. 25367)
senoona@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

1

2

AGREED:

_____
John C. Lynch (VSB No. 39267
john.lynch@troutmansanders.com
E. Kyle McNew (VSB No. 73210)
kyle.mcnew@troutmansanders.com
TROUTMAN SANDERS LLP
150 West Main Street, Suite 1600
Norfolk, VA 23510
Telephone: (757) 687-7765
Facsimile: (757) 687-1504

Robert L. Burns, II, *pro hac vice*
robert.burns@finnegan.com
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

ATTORNEYS FOR AOL, LLC

AGREED:

*[signature]*

Dana J. Finberg (VSB No. 34977)
dana.finberg@leclairryan.com
LECLAIR RYAN, PC
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7109
Facsimile: (804) 916-7219

Paul D. Ackerman, *pro hac vice*
ackerman.paul@dorsey.com
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201


ATTORNEYS FOR MIVA, INC.

AGREED:

_____
Stephen E. Noona
(VSB No. 25367)
senoona@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169


Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
Antonio R. Sistos
antoniosistos@quinnemanuel.com
Katherine H. Bennett
katherinebennett@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700


Thomas D. Pease
thomaspease@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100


ATTORNEYS FOR AOL, LLC