# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **BID FOR POSITION, LLC,** | |
| Plaintiff, | CASE NO. 2:07-cv-582 JBF/TEM |
| v. | |
| AOL, LLC; GOOGLE, INC.; MICROSOFT CORP.; and MIVA, INC., | |
| Defendants. | |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER
## INCLUDING SEALING PROVISIONS

Plaintiff Bid for Position, LLC ("Bid For"), by counsel and pursuant to Rule 26(c) of the Federal Rules of Civil procedure and Local Rule 5 (E.D. Va. 2008), hereby requests that the Court enter the proposed Agreed Protective Order, submitted herewith.

The Agreed Protective Order is being circulated among counsel and will be submitted to the Court with original signatures once it is fully endorsed.

Dated: April 18, 2008

Respectfully submitted,

BID FOR POSITION, LLC,

By Counsel

By:  /s/
Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
R. Braxton Hill, IV
Virginia State Bar No. 41539
Email: bhill@cblaw.com
Craig T. Merritt
Virginia State Bar No. 20281
Email: cmerritt@cblaw.com
**Christian & Barton, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112

Dockets.Justia.com

Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

David Rosen
CA State Bar No. 155385
Email: drosen@mrcllp.com
**Murphy, Rosen & Cohen LLP**
100 Wilshire Boulevard Suite 300
Santa Monica, CA 9040l
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR PLAINTIFF
BID FOR POSITION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard A Cederoth
*Attorney for Microsoft Corp.*
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)
Email: rcederoth@sidley.com

William David Dolan, III
*Attorney for Microsoft Corp.*
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182-5601
703-760-1684
703-821-8949 (fax)
wddolan@venable.com

Robert L. Burns
Attorney *for AOL, LLC*
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedon Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (fax)

Stephen Edward Noona
*Attorney for AOL, LLC.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

David Andrew Perlson
*Attorney for Google, Inc.*
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com

Stephen Edward Noona
*Attorney for Google, Inc.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Paul Douglas Ackerman
*Attorney for MIVA, Inc.*
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY 10117
(212) 415-9200
(212) 953-7201 (fax)
Ackerman.paul@dorsey.com

Dana Johannes Finberg
*Attorney for MIVA, Inc.*
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
804-916-7109
Fax: 804-916-7219
Email: dana.finberg@leclairryan.com

      /s/
Nichole Buck Vanderslice (VSB 42637)
*Attorney for Bid for Position, LLC*
**Christian & Barton, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:    (804) 697-4100
Facsimile:    (804) 697-4112
Email: nvanderslice@cblaw.com