IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:07cv582__, Case Name __Bid For Position v. AOL, LLC__
Party Represented by Applicant: __Microsoft Corporation__

FILED
APR 21 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Laura Lynn Kolb__
Bar Identification Number __6289963__ State __Illinois__
Firm Name __Sidley Austin LLP__
Firm Phone # __312-853-7000__ Direct Dial # __312-853-9983__ FAX # __312-853-7036__
E-Mail Address __lkolb@sidley.com__
Office Mailing Address __1 South Dearborn St., Chicago, IL 60603__

Name(s) of federal court(s) in which I have been admitted __Northern District of Illinois__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____  _____
(Signature)                          (Date)
__Michael W. Robinson__
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____  _____
(Judge's Signature)                  (Date)