UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

BID FOR POSITION, LLC,

        Plaintiff,

v.                                                                                   ACTION NO. 2:07cv582

MICROSOFT CORP., et al.,

        Defendants.

**O R D E R**

On April 25, 2008, the Court conducted a telephone conference call with the parties in this case represented by Craig Merritt, Esq., David Rosen, Esq., David Perlson, Esq., Paul Ackerman, Esq., and Michael Robinson, Esq. After hearing argument, the Court ORDERS the deposition of Clayton Bavor, representative of defendant, Google, Inc., to be held at 9:00 a.m. PDT on May 8, 2008. Counsel indicated that they can pick the location for the deposition themselves.

The Clerk shall mail a copy of this Order to all counsel of record.

                                             /s/
                                        Tommy E. Miller
                             UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
April 25, 2008