IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>              Plaintiff,<br>v.<br><br>AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,<br><br>              Defendants. | CASE NO. 2:07-cv-582 JBF/TEM |

DECLARATION OF ANTONIO R. SISTOS
IN SUPPORT OF DEFENDANTS' OPENING BRIEF ON CLAIM CONSTRUCTION

I, Antonio R. Sistos, declare and state as follows:

1. I am attorney associated with the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP and represent defendants Google, Inc. ("Google") and AOL LLC ("AOL") in this action.

2. This declaration is made in support of Defendants' Joint Opening Brief on Claim Construction.

3. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 7,225,151, entitled "Online Auction Bid Management System and Method," ("the '151 Patent") which is the asserted patent in the above-captioned action.

4. Attached hereto as Exhibit 2 is a true and accurate copy of the file history of the '151 patent, as it was produced by the Plaintiff, Bid For Position, LLC to Google.

5. Attached hereto as Exhibit 3 is a true and accurate copy of selected excerpts of the transcript (uncertified) of the deposition of Brad S. Konia taken on May 7, 2008, including pages 12-17, 104-105, 119, 243-244, 247, 252-253, 257, 261, 263-264.

1

6. Attached hereto as Exhibit 4 is a true and correct copy of United States Patent No. 6,269,361, entitled "System and Method for Influencing a Position on a Search Result List Generated by a Computer Network Search Engine."

7. Exhibit 5 has been intentionally skipped.

8. Attached hereto as Exhibit 6 is a true and accurate copy of an excerpt from The Microsoft Computer Dictionary, Copyright 1999, including the definition of the term "input device."

9. Attached hereto as Exhibit 7 is a true and accurate copy of Bid For Position's Responses to Google's First Set of Interrogatories, dated April 8, 2008.

10. Attached hereto as Exhibit 8 is a true and accurate copy of Bid For Position's Responses to Microsoft's First Set of Interrogatories, dated April 8, 2008.

11. Attached hereto as Exhibit 9 is a true and accurate copy of Bid For Position's Responses to MIVA's First Set of Interrogatories, dated April 8, 2008.

I hereby affirm, under the penalty of perjury of the laws of the United States, that the foregoing states are true and correct.

Dated: May 12, 2008

_____
Antonio R. Sistos

Dated: May 12, 2008

Respectfully submitted,

/s/
Stephen E. Noona
VSB No. 25367
***Counsel for Defendants Google Inc. and AOL LLC***
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
***Counsel for Defendants Google Inc. and AOL LLC***
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
***Counsel for Defendants Google Inc. and AOL LLC***
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

John M. Williamson, *pro hac vice*
***Counsel for Defendant AOL LLC***
FINNEGAN HENDERSON FARABOW GARRETT &
 DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
***Counsel for Defendant AOL LLC***
FINNEGAN HENDERSON FARABOW GARRETT &
 DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com


/s/ _____
William D. Dolan, III
VSB No. 12455
Michael W. Robinson
VSB No. 26522
***Counsel for Defendant Microsoft Corporation***
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949
wddolan@venable.com

Richard A. Cederoth, *pro hac vice*
Laura L. Kolb, *pro hac vice*
***Counsel for Defendant Microsoft Corporation***
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rcederoth@sidley.com
lkolb@sidley.com

/s/
Dana J. Finberg
VSB No. 34977
***Counsel for MIVA, Inc.***
LECLAIR RYAN, PC
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7109
Facsimile: (804) 916-7219
dana.finberg@leclairryan.com

Paul D. Ackerman, *pro hac vice*
Aasheesh Shravah, *pro hac vice*
***Counsel for MIVA, Inc.***
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
ackerman.paul@dorsey.com
shravah.aasheesh@dorsey.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

**Counsel for Defendant Microsoft Corporation**
William D. Dolan, III (VSB No. 12455)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949
wddolan@venable.com

Richard A. Cederoth, *pro hac vice*
Laura L. Kolb, *pro hac vice*
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rcederoth@sidley.com
lkolb@sidley.com

**Counsel for Defendant MIVA, Inc.**
Dana J. Finberg (VSB No. 34977)
LECLAIR RYAN, PC
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7109
Facsimile: (804) 916-7219
dana.finberg@leclairryan.com

Paul D. Ackerman, *pro hac vice*
Aasheesh Shravah, *pro hac vice*
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
ackerman.paul@dorsey.com
shravah.aasheesh@dorsey.com

/s/
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com