IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BID FOR POSITION, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                        Civil Action No. 2:07cv582 (JBF-TEM)

AOL LLC,
GOOGLE INC.,
MICROSOFT CORP.,
and MIVA, INC.,

    Defendants/Counterclaim Plaintiffs.

## NOTICE TO ALLOW DEFENDANTS TO SEAL
## CERTAIN EXHIBITS TO AND CERTAIN PORTIONS OF
## DEFENDANTS' JOINT OPENING BRIEF ON CLAIM CONSTRUCTION

PLEASE TAKE NOTICE that Defendants, AOL LLC, Google Inc., Microsoft Corp. and MIVA, Inc. (collectively, "Defendants"), by counsel, in the referenced matter have petitioned the Court to grant leave for them to file certain exhibits, including Exhibit 3 ("Confidential Exhibits") to their Joint Opening Brief on Claim Construction ("Joint Brief") and portions of the Joint Brief under seal. The Confidential Exhibits and Joint Brief contain testimony from the inventor of one of the patents in suit are designated as "Confidential" and/or "Highly Confidential" under the Protective Order entered in this matter. Failing to file the Confidential Exhibits and portions of the Joint Brief under seal may risk the disclosure of the parties' confidential, trade secret information, would violate the Protective Order and potentially would cause competitive harm.

In compliance with Local Rule 5 of the Rules of this Court and *Ashcraft*, the Court posts the following notice to the public: "This serves as public notice that the Defendants, AOL LLC,

Google Inc., Microsoft Corp. and MIVA, Inc. ("collectively, Defendants"), have moved the Court to seal certain Exhibits to their Joint Brief and portions of the Joint Brief. Objections to this Motion should be filed in the Civil Section of the Clerk's Office. The Notice will be posted for a minimum of forty-eight (48) hours."

Dated: May 12, 2008

>Respectfully submitted,
>
>/s/
>Stephen E. Noona
>VSB No. 25367
>***Counsel for Defendants Google Inc. and AOL LLC***
>KAUFMAN & CANOLES, P.C.
>150 West Main Street, Suite 2100
>Norfolk, VA  23510
>Telephone:  (757) 624-3000
>Facsimile:   (757) 624-3169
>senoona@kaufcan.com
>
>Charles K. Verhoeven, *pro hac vice*
>David A. Perlson, *pro hac vice*
>Emily C. O'Brien, *pro hac vice*
>Antonio R. Sistos, *pro hac vice*
>Katherine H. Bennett, *pro hac vice*
>***Counsel for Defendants Google Inc. and AOL LLC***
>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>50 California Street, 22nd Floor
>San Francisco, CA  94111
>Telephone:  (415) 875-6600
>Facsimile:   (415) 875-6700
>charlesverhoeven@quinnemanuel.com
>davidperlson@quinnemanuel.com
>emilyobrien@quinnemanuel.com
>antoniosistos@quinnemanuel.com
>katherinebennett@quinnemanuel.com
>
>Thomas D. Pease, *pro hac vice*
>***Counsel for Defendants Google Inc. and AOL LLC***
>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY  10010

Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com


John M. Williamson, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
  DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
  DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com



/s/
William D. Dolan, III
VSB No. 12455
Michael W. Robinson
VSB No. 26522
**Counsel for Defendant Microsoft Corporation**
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949
wddolan@venable.com
mwrobinson@venable.com

Richard A. Cederoth, *pro hac vice*
Laura L. Kolb, *pro hac vice*
**Counsel for Defendant Microsoft Corporation**
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

Facsimile: (312) 853-7036
[rcederoth@sidley.com](mailto:rcederoth@sidley.com)
[lkolb@sidley.com](mailto:lkolb@sidley.com)

/s/
Dana J. Finberg
VSB No. 34977
***Counsel for MIVA, Inc.***
LECLAIR RYAN, PC
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7109
Facsimile: (804) 916-7219
dana.finberg@leclairryan.com

Paul D. Ackerman, *pro hac vice*
Aasheesh Shravah, *pro hac vice*
***Counsel for MIVA, Inc.***
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
ackerman.paul@dorsey.com
shravah.aasheesh@dorsey.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid for Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

**Counsel for Defendant Microsoft Corporation**
William D. Dolan, III (VSB No. 12455)
Michael W. Robinson (VSB No. 26522)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949
wddolan@venable.com
mwrobinson@venable.com

Richard A. Cederoth, *pro hac vice*
Laura L. Kolb, *pro hac vice*
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rcederoth@sidley.com
lkolb@sidley.com

**Counsel for Defendant MIVA, Inc.**
Dana J. Finberg (VSB No. 34977)
LECLAIR RYAN, PC
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7109
Facsimile: (804) 916-7219
dana.finberg@leclairryan.com

Paul D. Ackerman, *pro hac vice*
Aasheesh Shravah, *pro hac vice*
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
ackerman.paul@dorsey.com
shravah.aasheesh@dorsey.com

    /s/ Stephen E. Noona
Stephen E. Noona
VSB No. 25367
C*ounsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

1365077\1