UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

-----------------------------------------------------------------X

BID FOR POSITION, LLC,

                              Plaintiff,

                  -v-

AOL, LLC, GOOGLE, INC., MICROSOFT CORP.
and MIVA, INC.

                              Defendant.                    CIVIL ACTION NO. 2:07-CV-582
-----------------------------------------------------------------X

MIVA, INC.,

                              Counterclaim Plaintiff,

                  -v-

BID FOR POSITION, LLC,

                              Counterclaim Defendant.

-----------------------------------------------------------------X


**MIVA, INC.'S MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO
BID FOR POSITION'S COMPLAINT FOR PATENT INFRINGEMENT**

        Miva, Inc. ("Miva"), by counsel, states as follows as its Motion for Leave to File
an Amended Answer and Counterclaims and Memorandum in Support:

        1.  As a consequence of discovery conducted thus far in this case, Miva believes
that it has grounds to amend its Answer, Affirmative Defenses and Counterclaims to add
allegations of inequitable conduct on the part of the plaintiff, Bid for Position, Inc.

        2.  Miva's proposed First Amended Answer, Affirmative Defenses and
Counterclaims to Bid for Position's Complaint for Patent Infringement is attached as
Exhibit 1.  This pleading adds a new Fifth Affirmative Defense (paragraphs 26 through
40) and a new Third Counterclaim (paragraphs 12 through 13) directed to allegations of
inequitable conduct.

3.  Miva has provided a copy of the proposed First Amended Answer, Affirmative Defenses and Counterclaims to Bid for Position's Complaint for Patent Infringement to counsel for Bid for Position.  Bid for Position has informed Miva that it does not oppose this Motion.

4.  Granting this Motion will not delay the progress of this case, and will not result in any change in the pretrial schedule adopted by the Court.

5.  In the interests of justice, and pursuant to Fed. R. Civ. P. 15 and the Local Rules of this Court, the Court should grant Miva's Motion.  A Consent Order granting the relief sought is being filed contemporaneously with this Motion.


Dated:          May 20, 2008                    Respectfully submitted,


                                                _____/s/_____
                                                Dana J. Finberg (VSB No. 34977)
                                                dana.finberg@leclairryan.com
                                                LeClairRyan, A Professional Corporation
                                                Riverfront Plaza, East Tower
                                                951 East Byrd Street, Suite 800
                                                Richmond, Virginia  23219
                                                Telephone: (804) 783-2003
                                                Facsimile: (804) 783-2294


                                                Paul  D. Ackerman, *pro hac vice*
                                                Aasheesh Shravah, *pro hac vice*
                                                ackerman.paul@dorsey.com
                                                shravah.aasheesh@dorsey.com
                                                Dorsey & Whitney LLP
                                                250 Park Avenue
                                                New York, New York 10177-1500
                                                Telephone:  (212) 415-9372
                                                Facsimile:  (212) 953-7201

                                                *Attorneys for Defendants and Counterclaim Plaintiff Miva, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the parties listed below:

### Counsel for Plaintiff Bid for Position, LLC
Craig T. Merritt
R. Braxton Hill, IV
Nichole Buck Vanderslice
CHRISTIAN & BARTON, LLP
900 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel: (804) 697 – 4100
Fax: (804) 697 – 4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel  *pro hac vice*
Christian Cho *pro hac vice*
DOVEL & LUNDER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA  90401
Tel: (310) 656 – 7066
Fax: (310) 656 – 7069
greg@dovellaw.com
christen@dovellaw.com

David Rosen *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100  Wilshire Blvd., Suite 1300
Santa Monica, CA  90401
Tel: (310) 899 – 3300
Fax: (310) 399 – 7201
drosen@mrmlawyers.com

**Counsel for Defendants Google Inc. and AOL LLC**
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia  23510
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily c. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URGUHART OLIVER & HEDGES, LLP
50 California street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katheinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URGUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:  (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

**Counsel for Defendant AOL LLC**
John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRET & DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
FINNEGAL HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia  20190
Telephone:  (571) 203-2700
Facsimile:  (202) 408-4400
robert.burns@finnegancom


**Counsel for Microsoft Corporation**
William D. Dolan, III (VSB No. 12455)
Michael W. Robinson (VSB No. 26522)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182
Telephone:  (703) 760-1600
Facsimile:  (703) 821–8949
wddolan@venable.com
mwrobinson@venable.com


Richard A. Cederoth *pro hac vice*
Laura L. Kolb, *pro hac vice*
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile: (312) 853-7036
rcederoth@sidley.com
lkolb@sidley.com


By:_____/s/_____
     Dana J. Finberg (VSB No. 34977)
     LeClairRyan, A Professional
     Corporation
     Riverfront Plaza, East Tower
     951 East Byrd Street, Eighth Floor
     Richmond, Virginia  23219
     Tel.: (804) 916-7109
     Fax.: (804) 916-7219
     Dana.finberg@leclairryan.com
   Attorneys for Defendants and Counterclaim
   Plaintiff Miva, Inc.