UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

------------------------------------------------------------X

BID FOR POSITION, LLC,

        Plaintiff,

-v-

AOL, LLC, GOOGLE, INC., MICROSOFT CORP.
and MIVA, INC.

        Defendant.

CIVIL ACTION NO. 2:07-CV-582

------------------------------------------------------------X

MIVA, INC.,

        Counterclaim Plaintiff,

-v-

BID FOR POSITION, LLC,

        Counterclaim Defendant.

------------------------------------------------------------X

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## PROPOSED CONSENT ORDER

This matter is before the Court on Defendant and Counterclaim Plaintiff Miva, Inc.'s ("Miva") Fed. R. Civ. P. 15(a) Motion for Leave to File A First Amended Answer, Affirmative Defenses and Counterclaims To Bid For Position's Complaint For Patent Infringement filed on May 20, 2008.

Plaintiff and Counterclaim Defendant Bid For Position, LLC ("Bid For Position") does not oppose Miva's motion.

Finding it in the interests of justice to do so, the Court hereby GRANTS Miva's Motion for Leave to File A First Amended Answer, Affirmative Defenses and Counterclaims To Bid For Position's Complaint For Patent Infringement. Miva is ORDERED to file its First Amended Answer, Affirmative Defenses and Counterclaims within three (3) business days of the entry of this Consent Order. It is further ORDERED that Bid For Position shall plead in response to Miva's First Amended Answer, Affirmative Defenses and Counterclaims To Bid For Position's Complaint For Patent Infringement within ten days thereafter.

It is so ORDERED.

Entered this 22 day of May, 2008

/s/
Jerome B. Friedman
Judge United States District Judge

We ask for this:

Dana J. Finberg (VSB No. 34977)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Post Office Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 783-2003
Facsimile: (804) 783-2294
dana.finberg@leclairryan.com

*Counsel for Miva, Inc.*

Seen and Agreed:

_____
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

*Counsel for Bid For Position, LLC*