# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| **BID FOR POSITION, LLC,** | |
| **Plaintiff,** | **CASE NO. 2:07-cv-582 JBF/TEM** |
| v. | |
| **AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,** | |
| **Defendants.** | |

## PLAINTIFF'S BRIEF IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR ORDER SUSTAINING OBJECTIONS TO DESIGNATION OF DANA TODD AS A TECHNICAL ADVISOR UNDER THE PROTECTIVE ORDER

Plaintiff Bid For Position, LLC ("Bid For"), by counsel and pursuant to Local Rule 7(F)(1), states as follows for its opposition to the motion of Google, Inc. ("Google") for an Order Sustaining Objections to the Designation of Dana Todd as a Technical Advisor Under the Protective Order:

By its motion, Google seeks to prevent Bid For from disclosing <u>any</u> confidential documents to Dana Todd, one of Bid For's technical advisors. The sole basis for Google's motion is its contention that <u>some</u> of the documents it has produced contain information that it believes would be harmful in the hands of Ms. Todd.

Specifically, the reason Google seeks to deny Ms. Todd access to Google's confidential documents is its contention that the manner in which Google determines the ranking of ads is highly confidential, and could cause competitive harm to Google if disclosed. According to Google, anyone "with access to this information could use it to manipulate the AdWords system . . . ." (Google Brief at 9). Because Ms. Todd is in the Search Engine Optimization ("SEM") business, Google argues, if Ms. Todd were made privy to the manner in which Google ranks ads,

there is purportedly a "serious risk" she would intentionally or unintentionally disclose this information. (Google Brief at 10-12.)[1]

Google's motion is fatally flawed for two reasons. *First*, the mere fact that some documents are alleged to be harmful if in the hands of Ms. Todd is not a valid basis to deny Ms. Todd access to all of the documents produced by Google. Furthermore, pursuant to paragraph 15 of the Protective Order, Google has the burden of identifying the specific objectionable documents. Here, the only objectionable documents identified by Google are the documents that disclose the factors Google uses to determine Ad Rank. These documents are just a small subset of the total volume of documents produced by Google.

*Second*, as to those documents about which Google is concerned – the documents that disclose the factors Google uses to determine Ad Rank – Bid For has stipulated that it will not provide Ms. Todd with any such documents. Specifically, Bid For has agreed that it will not disclose to Ms. Todd "any documents that show, in whole or in part, how Google calculates (1) Quality Score, (2) Ad Rank or (3) cost per click, including documents that show, in whole or in part, the factors Google uses to determine Quality Score, Ad Rank and cost per click." (Ex. A hereto.) Because Bid For has stipulated that it will not provide Ms. Todd with those documents upon which Google's motion is based, there can be no valid basis to deny Ms. Todd access to the remaining confidential documents produced by Google.

For these reasons, Google's motion should be denied.

---

[1] Bid For strongly disagrees with Google's contention that Ms. Todd is "intimately involved with search engine optimization services." (Google Brief at 5.) As explained in the letter attached as Ex. 14 to Google's motion, though Ms. Todd's company provides SEM services, Ms. Todd does not personally perform SEM services for clients. However, because Bid For has agreed not to provide Ms. Todd with any documents disclosing the factors Google uses to determine Ad Rank, there is no need to debate this point.

Dated:  May 28, 2008                                    Respectfully submitted,

                                                        BID FOR POSITION, LLC

                                                        By Counsel


/s/_____
R. Braxton Hill, IV (VSB No. 41539)
bhill@cblaw.com
Craig T. Merritt (VSB No. 20281)
Nichole Buck Vanderslice (VSB No. 42637)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112

Gregory S. Dovel, *p.h.v*
Christin Cho, *p.h.v*
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

David Rosen, *p.h.v*
Murphy Rosen & Meylan LLP
100 Wilshire Boulevard Suite 300
Santa Monica, CA 9040l
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR BID
FOR POSITION, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard A Cederoth
*Attorney for Microsoft Corp.*
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)
Email: rcederoth@sidley.com

William David Dolan, III
*Attorney for Microsoft Corp.*
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182-5601
(703)760-1684
(703) 821-8949 (fax)
Email: wddolan@venable.com

David Andrew Perlson
*Attorney for Google, Inc.*
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (fax)
Email: davidperlson@quinnemanuel.com

Stephen Edward Noona
*Attorney for Google, Inc.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Robert L. Burns
*Attorney for AOL, LLC*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedon Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (fax)
Email: robert.burns@finnegan.com

Stephen Edward Noona
*Attorney for AOL, LLC.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Paul Douglas Ackerman
*Attorney for MIVA, Inc.*
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY 10117
(212) 415-9200
(212) 953-7201 (fax)
Ackerman.paul@dorsey.com

Dana Johannes Finberg
*Attorney for MIVA, Inc.*
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
(804) 916-7109
(804) 916-7219 (fax)
Email: dana.finberg@leclairryan.com

                        /s/
R. Braxton Hill, IV (VSB 41539)
*Attorney for Bid for Position, LLC*
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:    (804) 697-4100
Facsimile:    (804) 697-4112
Email: bhill@cblaw.com

8761252