IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



BID FOR POSITION, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                      Civil Action No. 2:07cv582 (JBF-TEM)

AOL LLC,
GOOGLE INC.,
MICROSOFT CORP.,
and MIVA, INC.,

    Defendants/Counterclaim Plaintiffs.

## AGREED ORDER

On this day came the Plaintiff Bid for Position, LLC ("Plaintiff") and the Defendant Google Inc. ("Google"), by counsel, upon Defendant Google Inc.'s Motion for an Order Sustaining Google's Objection to Plaintiff's Designation of Dana Todd as a Technical Advisor Under the Protective Order [Docket No. 92] ("Motion re: Todd"); and, it appearing to the Court that subsequent to the filing of the Motion re: Todd, Plaintiff and Google reached an agreement regarding Ms. Todd's access to certain documents, and, therefore, the Motion re: Todd has been mooted and should be withdrawn; and, upon good cause shown it is

ADJUDGED, ORDERED and DECREED that the Motion re: Todd filed by Google on May 15, 2008 is moot and deemed to be withdrawn;

Pursuant to stipulation, Plaintiff's technical advisor Dana Todd will not be allowed access to Protected Information that shows or discloses, in whole or in part (1) how Google calculates Ad Rank, including the factors Google uses to rank advertisements; (2) the manner in which Google

calculates costs to advertisers, including the factors Google uses to determine cost per click; and (3) how Google calculates Quality Score, including the factors Google uses to calculate quality score.

If Plaintiff propounds additional document requests on Google and Google reasonably believes the requests call for Google to produce documents that should not be disclosed to Ms. Todd, Google will have seven days from service of the document requests to object to the disclosure of those documents to Ms. Todd. The objection will identify the specific document categories that Google seeks to preclude from being disclosed to Ms. Todd. Plaintiff and Google will meet and confer to resolve any issues or concerns raised in the objections. Seven days after the parties meet and confer, if the issues remain unresolved, Google will file a motion seeking to preclude Plaintiff from disclosing the objected to documents to Ms. Todd. Until the motion is resolved, Plaintiff will not disclose to Ms. Todd any of the documents that are the subject of the motion.

ENTER: 6 /17 /08

JUDGE: /s/
Jerome B. Friedman
United States District Judge
Eastern District of Virginia

WE ASK FOR THIS:

Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
snoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

***Counsel for Google Inc.***

WE ASK FOR THIS:

_____
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com


Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com


David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

*Counsel for Bid for Position, LLC*

1375419\1

4