# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,<br><br>Defendants. | CASE NO. 2:07-cv-582 JBF/TEM |

FILED JUL -3
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Bid For Position, LLC ("Bid For") and Defendant Microsoft Corporation ("Microsoft") have agreed to settle all claims between them arising out of the pleadings in this action.

Accordingly, pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated by Bid For and Microsoft that all claims asserted by Bid For against Microsoft in this action are hereby dismissed with prejudice, and all counterclaims asserted by Microsoft against Bid For in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This Court retains jurisdiction to enforce the Settlement Agreement entered into and agreed to by the parties on June 6, 2008.

It is so ORDERED.

ENTER: 7 / 3 / 08

JUDGE: /s/
Jerome B. Friedman
United States District Judge
Eastern District of Virginia

1

Agreed to by:

_/s/ Michael W. Robinson/_
William D. Dolan, III (VSB No. 12455)
Michael W. Robinson (VSB No. 26522)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1684
Facsimile: (703) 821-8949
wddolan@venable.com
mwrobinson@venable.com

Richard A. Cederoth, *pro hac vice*
Laura L. Kolb, *pro hac vice*
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rcederoth@sidley.com
lkolb@sidley.com

***Counsel for Microsoft Corporation***

_/s/_
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

***Counsel for Bid For Position, LLC***