# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| **BID FOR POSITION, LLC,** | |
| **Plaintiff,** | **CASE NO. 2:07-cv-582 JBF/TEM** |
| v. | |
| **AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,** | |
| **Defendants.** | |

### Plaintiff Bid For Position, LLC's Motion for Leave to Take Depositions Beyond the 10-Deposition Rule

Plaintiff Bid For Position, LLC ("Bid For"), by counsel and pursuant to Fed. R. Civ. P. 30 and the Court's February 22, 2008 Rule 26(f) Pretrial Order, hereby requests leave to take more than ten (10) depositions in this action. The grounds for this motion are set forth in the supporting brief filed herewith.

Dated:  July 6, 2008                                Respectfully submitted,

                                                                BID FOR POSITION, LLC

                                                                By Counsel

/s/
R. Braxton Hill, IV (VSB No. 41539)
bhill@cblaw.com
Craig T. Merritt (VSB No. 20281)
Nichole Buck Vanderslice (VSB No. 42637)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112

Gregory S. Dovel, *p.h.v*
Christin Cho, *p.h.v*
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

David Rosen, *p.h.v*
Murphy Rosen & Meylan LLP
100 Wilshire Boulevard Suite 300
Santa Monica, CA 90401
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR BID
FOR POSITION, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Andrew Perlson
*Attorney for Google, Inc.*
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (fax)
Email: davidperlson@quinnemanuel.com

Robert L. Burns
*Attorney for AOL, LLC*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedon Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (fax)
Email: robert.burns@finnegan.com

Stephen Edward Noona
*Attorney for Google, Inc.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Stephen Edward Noona
*Attorney for AOL, LLC*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Paul Douglas Ackerman
*Attorney for MIVA, Inc.*
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY 10117
(212) 415-9200
(212) 953-7201 (fax)
Ackerman.paul@dorsey.com

Dana Johannes Finberg
*Attorney for MIVA, Inc.*
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
(804) 916-7109
(804) 916-7219 (fax)
Email: dana.finberg@leclairryan.com

      /s/
R. Braxton Hill, IV (VSB 41539)
*Attorney for Bid for Position, LLC*
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:   (804) 697-4100
Facsimile:   (804) 697-4112
Email: bhill@cblaw.com

884114