IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>           **Plaintiff,**<br><br>v.<br><br>AOL, LLC, GOOGLE, INC.,<br>MICROSOFT CORP., and MIVA, INC.,<br><br>           **Defendants.** | CASE NO. 2:07-cv-582 JBF/TEM |

### PLAINTIFF'S MEMORANDUM IN
### SUPPORT OF MOTION TO SEAL

Plaintiff Bid For Position, LLC ("Bid For") is filing in this action certain deposition testimony attached as Exhibit F to the July 6, 2008 Declaration of David E. Rosen. For the reasons set forth below, this Court should maintain those documents under seal.

The presumption in favor of public disclosure of court records can be overcome by a significant countervailing interest. *See Under Seal v. Under Seal*, 326 F.3d 479, 485-86 (4th Cir. 2003). One such significant countervailing interest is a litigant's desire to protect trade secret or other commercially sensitive information. *Id.*; *see also Nixon v. Warner Communications*, 435 U.S. 589, 598-99, 55 L. Ed. 2d 570, 98 S. Ct. 1306 (1978) (recognizing that "the right to inspect and copy judicial records is not absolute," and that "courts have refused to permit their files to serve as . . . sources of business information that might harm a litigant's competitive standing"). Bid For is obligated to take reasonable steps to maintain the confidentiality of its materials, including deposition testimony, designated as confidential and commercially sensitive by defendant Google, in accordance with the terms of the Agreed Protective Order in this action.

Since the entirety of the cited deposition testimony is confidential and has been deemed by Google to be commercially sensitive, a more limited redaction would be an unsuitable alternative.

For the foregoing reasons, Bid For respectfully requests that the Court maintain under seal Exhibit F to the July 6, 2008 Declaration of David E. Rosen, as well as citations thereto contained in Bid For's Brief in Opposition to Google's Motion for Protective Order.

Dated: July 6, 2008                                   Respectfully submitted,

                                                                      BID FOR POSITION, LLC

                                                                      By Counsel

/s/
_____
R. Braxton Hill, IV (VSB No. 41539)
bhill@cblaw.com
Craig T. Merritt (VSB No. 20281)
Nichole Buck Vanderslice (VSB No. 42637)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112

Gregory S. Dovel, *p.h.v*
Christin Cho, *p.h.v*
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

David Rosen, *p.h.v*
Murphy Rosen & Meylan LLP
100 Wilshire Boulevard Suite 300
Santa Monica, CA 90401
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR BID

FOR POSITION, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Andrew Perlson
*Attorney for Google, Inc.*
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (fax)
Email: davidperlson@quinnemanuel.com

Stephen Edward Noona
*Attorney for Google, Inc.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Robert L. Burns
*Attorney for AOL, LLC*
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedon Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (fax)
Email: robert.burns@finnegan.com

Stephen Edward Noona
*Attorney for AOL, LLC*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Paul Douglas Ackerman
*Attorney for MIVA, Inc.*
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY 10117
(212) 415-9200
(212) 953-7201 (fax)
Ackerman.paul@dorsey.com

Dana Johannes Finberg
*Attorney for MIVA, Inc.*
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
(804) 916-7109

(804) 916-7219 (fax)  
Email: dana.finberg@leclairryan.com

    /s/
_____  
R. Braxton Hill, IV (VSB 41539)  
*Attorney for Bid for Position, LLC*  
Christian & Barton, LLP  
909 East Main Street, Suite 1200  
Richmond, Virginia 23219-3095  
Telephone:    (804) 697-4100  
Facsimile:    (804) 697-4112  
Email: bhill@cblaw.com

884117