Bid for Position, LLC v. AOL, LLC et al

Doc. 139

SEALED

DOCUMENT

Dockets.Justia.com