**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **BID FOR POSITION, LLC,** | |
| Plaintiff, | CASE NO. 2:07-cv-582 JBF/TEM |
| v. | Jury Trial Demanded |
| AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC., | |
| Defendants. | |

**Plaintiff Bid For Position, LLC's Motion for
<u>Partial Summary Judgment re: Anticipation (35 U.S.C. §102)</u>**

Plaintiff Bid for Position, LLC, by counsel and pursuant to Federal Rule of Civil Procedure 56(c), and Local Civil Rules 7 and 56 (E.D. Va. 2008), hereby moves this Court for partial summary judgment that Defendants' affirmative defenses and counterclaims, to the extent they rest on assertions of anticipation under 35 U.S.C. §102, are without merit. Alternately, and to the extent the Court determines that there are disputed issues of fact relating to particular references, Plaintiff moves this Court to issue an order establishing that the asserted claims of the Konia patent are not anticipated by any other prior art references. The grounds for this motion are set forth in the brief in support filed herewith.

| | |
|---|---|
| Dated: July 14, 2008 | Respectfully submitted, |
| | BID FOR POSITION, LLC, |
| | By Counsel |

1

   /s/
Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
Craig T. Merritt
Virginia State Bar No. 20281
Email: cmerritt@cblaw.com
R. Braxton Hill, IV
Virginia State Bar No. 41539
Email: bhill@cblaw.com
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Fax: 804-697-4112

Christin Cho
CA State Bar No. 238173
Email: christin@dovellaw.com
Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

David Rosen
CA State Bar No. 155385
Email: drosen@mrcllp.com
**MURPHY, ROSEN & COHEN, LLP**
100 Wilshire Boulevard Suite 300
Santa Monica, CA 9040l
Telephone: 310-899-3300
Fax: 310-399-7201

*ATTORNEYS FOR PLAINTIFF*
*BID FOR POSITION, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen Edward Noona
*Attorney for AOL, LLC.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Robert L. Burns
*Attorney for AOL, LLC*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (fax)
Email: robert.burns@finnegan.com

David Andrew Perlson
*Attorney for Google, Inc.*
Quinn Emanuel Urquhart Oliver & Hedges
50 California St
22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (fax)
Email: davidperlson@quinnemanuel.com

Paul Douglas Ackerman
*Attorney for MIVA, Inc.*
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY 10117
(212) 415-9200
(212) 953-7201 (fax)
Ackerman.paul@dorsey.com

Stephen Edward Noona
*Attorney for Google, Inc.*
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3239
Email: senoona@kaufcan.com

Dana Johannes Finberg
*Attorney for MIVA, Inc.*
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
(804) 916-7109
(804) 916-7219 (fax)
Email: dana.finberg@leclairryan.com

_____/s/_____
Nichole Buck Vanderslice (VSB 42637)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:     (804) 697-4100
Facsimile:      (804) 697-4112
Email: nvanderslice@cblaw.com
*Attorney for Bid for Position, LLC*