
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,<br><br>Defendants. | CASE NO. 2:07-cv-582 JBF/TEM |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Bid For Position, LLC ("Bid For") and Defendant MIVA, Inc. ("MIVA") have agreed to settle all claims between them arising out of the pleadings in this action.

Accordingly, pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated by Bid For and MIVA that all claims asserted by Bid For against MIVA in this action are hereby dismissed with prejudice, and all counterclaims asserted by MIVA against Bid For in this action are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees. This Court retains jurisdiction to enforce the Settlement Agreement entered into and agreed to by the parties on June 20, 2008.

It is so ORDERED.

ENTER: 7/15/08

JUDGE: /s/ Jerome B. Friedman
United States District Judge
United States District Court
Eastern District of Virginia

1

Agreed to by:

_/s/ Rhodes B. Ritenour_
Dana J. Finberg (VSB No. 34977)
Rhodes B. Ritenour (VSB No. 71406)
LECLAIR RYAN, PC
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7109
Facsimile: (804) 916-7219
dana.finberg@leclairryan.com
rhodes.ritenour@leclairryan.com


Paul D. Ackerman, *pro hac vice*
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200
(212) 953-7201 (fax)

*Counsel for MIVA, Inc.*

_/s/_
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

*Counsel for Bid For Position, LLC*

884920