# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>               Plaintiff,<br>  v.<br><br>AOL LLC and GOOGLE INC.,<br><br>               Defendants. | CASE NO. 2:07-cv-582 JBF/TEM<br><br>**FILED UNDER SEAL**<br>**(including Exhibits 1 and 2)** |

## DECLARATION OF CLAYTON W. BAVOR, JR.
## IN SUPPORT OF DEFENDANTS GOOGLE AND AOL'S MOTION FOR SUMMARY
## JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 7,225,151

**CONFIDENTIAL**
This envelope contains documents that are subject to a Stipulation and Protective Order
Governing Discovery Material entered by the Court in this action. This envelope shall
neither be opened nor the contents revealed except by Order of the Court.