IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AOL LLC and GOOGLE INC.,<br><br>Defendants. | CASE NO. 2:07-cv-582 JBF/TEM |

**DECLARATION OF EMILY C. O'BRIEN
IN SUPPORT OF DEFENDANTS GOOGLE AND AOL'S MOTION FOR SUMMARY
JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 7,225,151**

1

I, Emily C. O'Brien, declare and state as follows:

1. I am an associate of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP and represent Defendant Google Inc. ("Google") in this action. This declaration is made in support of Defendants Google and AOL's Motion for Summary Judgment of Noninfringement of U.S. Patent No. 7,225,151. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. Attached hereto as Exhibit 1 is a true and accurate copy of U.S. Patent No. 7,225,151.

3. Attached hereto as Exhibit 2 is a true and accurate copy of U.S. Patent No. 6,269,361.

4. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts from the deposition transcript of the May 7, 2008 deposition of inventor Brad Konia.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the Expert Report of Don Turnbull, PhD on Infringement of U.S. Patent No. 6,225,151 dated June 10, 2008.

6. Attached hereto as Exhibit 5 is a true and accurate copy of the Expert Report of Don Turnbull, Phd in Reply to the Invalidity Report of Dr. David C. Parkes dated July 9, 2008.

7. Attached hereto as Exhibit 6 is a true and accurate copy of Plaintiff Bid For Position, Inc.'s Response to Defendant Google, Inc.'s First Set of Joint Interrogatories, served on April 7, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of July, 2008 in San Francisco, California.

*Emily C. O'Brien*
Emily C. O'Brien

Dated: July 24, 2008                    Respectfully submitted,

                                        /s/
                                        _____
                                        Stephen E. Noona
                                        VSB No. 25367
                                        ***Counsel for Defendants Google Inc. and AOL LLC***
                                        KAUFMAN & CANOLES, P.C.
                                        150 West Main Street, Suite 2100
                                        Norfolk, VA 23510
                                        Telephone: (757) 624-3000
                                        Facsimile: (757) 624-3169
                                        senoona@kaufcan.com

                                        Charles K. Verhoeven, *pro hac vice*
                                        David A. Perlson, *pro hac vice*
                                        Emily C. O'Brien, *pro hac vice*
                                        Antonio R. Sistos, *pro hac vice*
                                        Katherine H. Bennett, *pro hac vice*
                                        ***Counsel for Defendants Google Inc. and AOL LLC***
                                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                                        50 California Street, 22nd Floor
                                        San Francisco, CA 94111
                                        Telephone: (415) 875-6600
                                        Facsimile: (415) 875-6700
                                        charlesverhoeven@quinnemanuel.com
                                        davidperlson@quinnemanuel.com
                                        emilyobrien@quinnemanuel.com
                                        antoniosistos@quinnemanuel.com
                                        katherinebennett@quinnemanuel.com

                                        Thomas D. Pease, *pro hac vice*
                                        ***Counsel for Defendants Google Inc. and AOL LLC***
                                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, NY 10010
                                        Telephone: (212) 849-7000
                                        Facsimile: (212) 849-7100
                                        thomaspease@quinnemanuel.com

                                        John M. Williamson, *pro hac vice*
                                        ***Counsel for Defendant AOL LLC***
                                        FINNEGAN HENDERSON FARABOW GARRETT &
                                          DUNNER LLP
                                        901 New York Avenue, NW, Suite 700
                                        Washington, DC 20001

Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
 DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid For Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

I also certify that on July 24, 2008, I will effect hand-delivery of the foregoing in accordance with Federal Rule of Civil Procedure 5(b)(2)(A) to the following:

**Counsel for Plaintiff Bid For Position, LLC**
Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

/s/
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com