## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| **BID FOR POSITION, LLC,** | |
| Plaintiff, | CASE NO. 2:07-cv-582 JBF/TEM |
| v. | |
| **AOL, LLC, GOOGLE, INC., MICROSOFT CORP., and MIVA, INC.,** | |
| Defendants. | |

### MOTION FOR ORDER EXTENDING DEADLINE
### FOR CERTAIN DISCOVERY RESPONSES

Plaintiff Bid for Position, LLC ("Bid For"), by counsel and pursuant to Loc. Civ. R. 26(C) (E.D. Va. 2008), respectfully requests that the Court enter an order extending the time for serving its substantive responses to AOL, LLC and Google, Inc.'s Second Set of Interrogatories to Plaintiff and First Set of Requests for Admissions to Plaintiff, both served June 27, 2008, from July 28, 2008 to July 29, 2008.

An Agreed Order is being circulated among counsel and will be submitted to the Court once it is fully endorsed.

Dated: July 28, 2008

Respectfully submitted,

By: __/s/__
Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
R. Braxton Hill, IV
Virginia State Bar No. 41539
Email: bhill@cblaw.com
Craig T. Merritt
Virginia State Bar No. 20281
Email: cmerritt@cblaw.com
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112

1

Gregory S. Dovel, *pro hac vice*
Email:  greg@dovellaw.com
Christin Cho, *pro hac vice*
Email: christin@dovellaw.com
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

David Rosen, *pro hac vice*
Email: drosen@mrcllp.com
**MURPHY, ROSEN & MEYLAN LLP**
100 Wilshire Boulevard Suite 1300
Santa Monica, CA 90401
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR PLAINTIFF
BID FOR POSITION, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| _____<br>Stephen E. Noona<br>VSB No. 25367<br>KAUFMAN & CANOLES, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone: (757) 624-3000<br>Facsimile: (757) 624-3169<br>senoona@kaufcan.com | _____<br>Stephen E. Noona<br>VSB No. 25367<br>KAUFMAN & CANOLES, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone: (757) 624-3000<br>Facsimile: (757) 624-3169<br>senoona@kaufcan.com |
| Charles K. Verhoeven, *pro hac vice*<br>David A. Perlson, *pro hac vice*<br>Emily C. O'Brien, *pro hac vice*<br>Antonio R. Sistos, *pro hac vice*<br>Katherine H. Bennett, *pro hac vice*<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>charlesverhoeven@quinnemanuel.com<br>davidperlson@quinnemanuel.com<br>emilyobrien@quinnemanuel.com<br>antoniosistos@quinnemanuel.com<br>katherinebennett@quinnemanuel.com | John M. Williamson, *pro hac vice*<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>901 New York Avenue, NW, Suite 700<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>john.williamson@finnegan.com<br><br>Robert L. Burns, II, *pro hac vice*<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400<br>robert.burns@finnegan.com |
| Thomas D. Pease, *pro hac vice*<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>thomaspease@quinnemanuel.com<br><br>***Counsel for Google Inc.*** | ***Counsel for AOL LLC*** |

                /s/
                ――――――――――――――
Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
*Attorney for Bid for Position, LLC*
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:   (804) 697-4100
Facsimile:   (804) 697-4112

887406