# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **BID FOR POSITION, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**AOL, LLC, GOOGLE, INC.,**<br>**MICROSOFT CORP., and MIVA, INC.,**<br><br>　　　　**Defendants.** | **CASE NO. 2:07-cv-582 JBF/TEM** |

### Plaintiff Bid For Position, LLC's Notice of Request for Oral Argument on
### Motion for Partial Summary Judgment re: Anticipation (35 U.S.C. §102)

　　Plaintiff Bid for Position, LLC, by counsel and pursuant to Local Civil Rule 7(E) (E.D. Va. 2008), provides this Notice that it respectfully requests oral argument on its Motion for Partial Summary Judgment re: Anticipation (35 U.S.C. § 102), which it filed with this Court on July 14, 2008.

Dated:  July 28, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　BID FOR POSITION, LLC,
　　　　　　　　　　　　　　　　　　　　　By:   /s/
　　　　　　　　　　　　　　　　　　　　　　　Nichole Buck Vanderslice
　　　　　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 42637
　　　　　　　　　　　　　　　　　　　　　　　Email: nvanderslice@cblaw.com
　　　　　　　　　　　　　　　　　　　　　　　R. Braxton Hill, IV
　　　　　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 41539
　　　　　　　　　　　　　　　　　　　　　　　Email: bhill@cblaw.com
　　　　　　　　　　　　　　　　　　　　　　　Craig T. Merritt
　　　　　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 20281
　　　　　　　　　　　　　　　　　　　　　　　Email: cmerritt@cblaw.com
　　　　　　　　　　　　　　　　　　　　　　　**CHRISTIAN & BARTON, LLP**
　　　　　　　　　　　　　　　　　　　　　　　909 East Main Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219-3095
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 804-697-4100
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 804-697-4112

Gregory S. Dovel, *pro hac vice*
Email: greg@dovellaw.com
Christin Cho, *pro hac vice*
Email: christin@dovellaw.com
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

David Rosen, *pro hac vice*
Email: drosen@mrcllp.com
**MURPHY, ROSEN & MEYLAN LLP**
100 Wilshire Boulevard Suite 1300
Santa Monica, CA 90401
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR PLAINTIFF
BID FOR POSITION, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

_____
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

***Counsel for Google Inc.***

_____
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

***Counsel for AOL LLC***

              /s/
_____
Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
*Attorney for Bid for Position, LLC*
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:   (804) 697-4100
Facsimile:   (804) 697-4112

887406