IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
JUL 2 9 ...
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC, *et al.*,

    Defendants.

CASE NO. 2:07-cv-582 JBF/TEM

## STIPULATION AND ORDER RE: PRETRIAL SCHEDULE

Plaintiff Bid For Position, LLC, on the one hand, and defendants Google Inc. ("Google") and AOL, LLC ("AOL"), on the other hand, hereby stipulate, and for good cause shown the Court hereby extends the time for certain depositions and disclosures as follows:

1. On July 23, 2008, the Rule 30(b)(6) deposition of Bid For Position will commence in Los Angeles, CA.

2. On July 24, 2008, the Rule 30(b)(6) deposition of Google (minus position preference) will commence in Mountain View, CA.

3. On July 30, 2008, the expert deposition of Dr. Paul Milgrom will commence in San Francisco, CA.

4. On August 1, 2008, the expert deposition of Dr. Don Turnbull will commence in Los Angeles, CA.

5. On August 4, 2008, the expert deposition of Dr. David Parkes will commence in San Francisco, CA.

6. On August 6, 2008, the expert deposition of Robert Mills will commence in Los Angeles, CA.

7. On August 8, 2008, the expert deposition of Dr. Matthew Lynde will commence in Santa Monica, CA.

8. Also on August 8, 2008, the expert deposition of Dana Todd will commence in Los Angeles, CA.

9. The Rule 30(b)(6) deposition of AOL will take place on August 5, 2008. Counsel for Bid for Position will appear telephonically.

10. The Rule 30(b)(6) deposition of Google (position preference) and the expert deposition of Gerald Mossinghoff will take place on August 12-13, 2008 or August 13-14, 2008, with one deposition commencing each day, in New York, NY.

11. Any rebuttal expert reports by the party bearing the initial burden of proof shall be made on **July 28, 2008**, and shall be limited as to expert witnesses previously identified.

12. The deadlines and dates set forth in the Rule 16(b) Scheduling Order entered by the Court on March 11, 2008 otherwise remain in full force and effect.

It is so ORDERED.

ENTER: 7/28/08

MAGISTRATE JUDGE: /s/
Tommy E. Miller
United States Magistrate Judge

United States District Court
Eastern District of Virginia

Agreed to by:

_____
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com


Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com


Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

***Counsel for Google Inc.***

_____
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

***Counsel for AOL LLC***

_____
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

*Counsel for Bid For Position, LLC*

886633