# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

FILED
JUL 30 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC, GOOGLE, INC.,
MICROSOFT CORP., and MIVA, INC.,

    Defendants.

CASE NO. 2:07-cv-582 JBF/TEM

## AGREED ORDER EXTENDING DEADLINE
## FOR CERTAIN DISCOVERY RESPONSES

By agreement of the parties, and pursuant to Loc. Civ. R. 26(C) (E.D. Va. 2008), it is HEREBY ORDERED that Plaintiff's time for serving its responses to AOL, LLC and Google, Inc.'s Second Set of Interrogatories to Plaintiff and First Set of Requests for Admissions to Plaintiff is hereby EXTENDED to July 29, 2008.

    IT IS SO ORDERED.

Date: July 30, 2008

/s/
Jerome B. Friedman
UNITED STATES DISTRICT JUDGE MAGISTRATE JUDGE

AGREED:

_____
Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
(804) 697-4112 (fax)

Gregory S. Dovel, *pro hac vice*
Christin Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066
(310) 657-7069 (fax)

David Rosen, *pro hac vice*
MURPHY, ROSEN & MEYLAN, LLP
100 Wilshire Boulevard Suite 1300
Santa Monica, CA 90401
(310) 899-3300
(310) 399-7201


ATTORNEYS FOR PLAINTIFF
BID FOR POSITION, LLC

SEEN AND AGREED:

| | |
|---|---|
| *[signature]*<br>Stephen E. Noona (VSB No. 25367)<br>KAUFMAN & CANOLES, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone: (757) 624-3000<br>Facsimile: (757) 624-3169<br>senoona@kaufcan.com | *[signature]*<br>Stephen E. Noona (VSB No. 25367)<br>KAUFMAN & CANOLES, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone: (757) 624-3000<br>Facsimile: (757) 624-3169<br>senoona@kaufcan.com |
| Charles K. Verhoeven, *pro hac vice*<br>David A. Perlson, *pro hac vice*<br>Emily C. O'Brien, *pro hac vice*<br>Antonio R. Sistos, *pro hac vice*<br>Katherine H. Bennett, *pro hac vice*<br>QUINN EMANUEL URQUHART OLIVER & HEDGES LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>charlesverhoeven@quinnemanuel.com<br>davidperlson@quinnemanuel.com<br>emilyobrien@quinnemanuel.com<br>antoniosistos@quinnemanuel.com<br>katherinebennett@quinnemanuel.com<br><br>Thomas D. Pease, *pro hac vice*<br>QUINN EMANUEL URQUHART OLIVER & HEDGES LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>thomaspease@quinnemanuel.com<br><br>***Counsel for Google Inc.*** | John M. Williamson, *pro hac vice*<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>901 New York Avenue, NW, Suite 700<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>john.williamson@finnegan.com<br><br>Robert L. Burns, II, *pro hac vice*<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400<br>robert.burns@finnegan.com<br><br>***Counsel for AOL LLC*** |