## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**BID FOR POSITION, LLC,**

        **Plaintiff,**

     **v.**

**AOL, LLC, GOOGLE, INC.,**
**MICROSOFT CORP., and MIVA, INC.,**

      **Defendants.**

**CASE NO. 2:07-cv-582 JBF/TEM**

### CONSENT MOTION FOR ORDER EXTENDING DEADLINES
### FOR SUMMARY JUDGMENT RESPONSE AND REPLIES

Plaintiff Bid for Position, LLC ("Bid For"), by counsel and pursuant to Loc. Civ. R. 26(C) (E.D. Va. 2008), respectfully requests that the Court enter an order extending the time for filing the following briefs and memoranda as follows:

(1)     Bid For's reply brief in support of its Motion for Partial Summary Judgment re: Anticipation (35 U.S.C. § 102) [Docket No. 140], due July 31, 2008, extended to August 1, 2008 due to the technical failure of the Court's CM/ECF system on July 31, 2008;

(2)     Bid For's brief in opposition to Defendants' Motion for Summary Judgment of Non-infringement of U.S. Patent No. 7,225,151 [Docket No. 151], filed July 24, 2008, from August 4, 2008 to August 6, 2008;

(3)     Defendants' reply brief in support of Defendants' Motion for Summary Judgment of Non-infringement of U.S. Patent No. 7,225,151 [Docket No. 151], from August 7, 2008 to August 11, 2008.

An Agreed Order is being circulated among counsel and will be submitted to the Court once it is fully endorsed.

1

Dockets.Justia.com

Dated:  August 1, 2008

Respectfully submitted,

By: ___/s/_____

Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
R. Braxton Hill, IV
Virginia State Bar No. 41539
Email: bhill@cblaw.com
Craig T. Merritt
Virginia State Bar No. 20281
Email: cmerritt@cblaw.com
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4100
Facsimile: 804-697-4112
Gregory S. Dovel, *pro hac vice*
Email:  greg@dovellaw.com
Christin Cho, *pro hac vice*
Email: christin@dovellaw.com
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

David Rosen, *pro hac vice*
Email: drosen@mrcllp.com
**MURPHY, ROSEN & MEYLAN LLP**
100 Wilshire Boulevard Suite 1300
Santa Monica, CA 9040l
Telephone: 310-899-3300
Facsimile: 310-399-7201

ATTORNEYS FOR PLAINTIFF
BID FOR POSITION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to the following:

Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com


Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com


Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

***Counsel for Google Inc.***

Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

***Counsel for AOL LLC***

_____/s/_____

Nichole Buck Vanderslice
Virginia State Bar No. 42637
Email: nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
*Attorney for Bid for Position, LLC*
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:     (804) 697-4100
Facsimile:     (804) 697-4112

887406