IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC, *et al.*,

    Defendants.

CASE NO. 2:07-cv-582 JBF/TEM



FILED
JUL 3 1 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## STIPULATION RE: DOCUMENTS

Plaintiff Bid For Position, LLC, on the one hand, and defendant Google, Inc. ("Google"), on the other hand, hereby stipulate as follows regarding certain documents produced in discovery:

1.    The following documents are authentic pursuant to Fed. R. Evid. 901, and pursuant to Fed. R. Evid. 1003 originals are not required:

GOOGB 5232, GOOGB 4217 – 4220, GOOGB 4195 – 4206, GOOGB 4417 – 4421, GOOGB 4857 – 4869, GOOGB 4296 – 4306, GOOGB 4371 – 4441, GOOGB 5207 – 5223, GOOGB 5224 – 5231, GOOGB 4358 – 4362, GOOGB 4189 – 4194, GOOGB 4207 – 4216, GOOGB 4271, GOOGB 5553 - 5560, GOOGB 4254 – 4266, GOOGB 4759 – 4762, GOOGB 4555 – 4611, GOOGB 6137 - 6138, GOOGB 6125 - 6126, GOOGB 6122 - 6123, GOOGB 6113 – 6117, GOOGB4221 - 4254, GOOGB4771 - 4809, GOOGB4289 - 4295, GOOGB5807, GOOGB6483 - 6595, GOOGB6651 - 6758, GOOGB5889 - 6092, GOOGB11740 - 11860, GOOGB12525 - 12542, GOOGB12505 - 12508, GOOGB12509 - 12510, GOOGB12511 - 12524, GOOGB8615 - 8629, GOOGB8675 - 8700, GOOGB8709 - 8728, GOOGB8729 - 8765, GOOGB8803 - 8805.

2.    The following procedure shall apply to the following documents: GO20-22, GO42-46, GO50, GO54, GO59, GO63, GO65-66, GO70, GO72, GO84, GO90, GO116, GO127-

128, GO142-143, GO167, GO173, GO185, GO191-193, GO204-225, GO226-238, GO248-264, GO265-275, GO276-297, GO298-324, GO325-346, GO347-349, GO353-357 ("Screenshots"):

    a.    Google will regenerate the Screenshots, and will stipulate that those regenerated screenshots are authentic.

    b.    As for the quality of the screenshots regenerated by Google, Google will provide Plaintiff with a sample for approval.

    c.    To the extent any of the Screenshots no longer exist in the form produced by Plaintiff, either (i) Google will either agree that the version produced by Plaintiff is authentic, or (2) Plaintiff may move the Court for an Order that Google must admit or deny the authenticity of the document, and produce a 30(b)(6) witness to so testify.

Agreed to by:

_____
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

_____
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

robert.burns@finnegan.com

Thomas D. Pease, *pro hac vice*  
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
Telephone: (212) 849-7000  
Facsimile: (212) 849-7100  
thomaspease@quinnemanuel.com

*Counsel for Google Inc.*

*Counsel for AOL LLC*

_____  
Craig T. Merritt (VSB No. 20281)  
R. Braxton Hill, IV (VSB No. 41539)  
Nichole Buck Vanderslice (VSB No. 42637)  
CHRISTIAN & BARTON, LLP  
909 East Main Street, Suite 1200  
Richmond, VA 23219-3095  
Telephone: (804) 697-4100  
Facsimile: (804) 697-4112  
cmerritt@cblaw.com  
bhill@cblaw.com  
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*  
Christin K. Cho, *pro hac vice*  
DOVEL & LUNER, LLP  
201 Santa Monica Blvd., Suite 600  
Santa Monica, CA 90401  
Telephone: (310) 656-7066  
Facsimile: (310) 656-7069  
greg@dovellaw.com  
christin@dovellaw.com

David E. Rosen, *pro hac vice*  
MURPHY ROSEN & MEYLAN, LLP  
100 Wilshire Blvd., Suite 1300  
Santa Monica, CA 90401

Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

*Counsel for Bid For Position, LLC*

886660