IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>                Plaintiff,<br>    v.<br><br>AOL LLC and GOOGLE INC.,<br><br>                Defendants. | CASE NO. 2:07-cv-582 JBF/TEM<br><br>**Jury Trial Demanded** |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXTEND TIME TO SERVE RULE 26(a)(3) DISCLOSURES, AND RELATED DATES**

Defendants Google Inc. and AOL LLC ("Defendants"), by counsel, for their Motion and Memorandum in Support of Motion for Leave to Extend Time to Serve Rule 26(a)(3) Disclosures, the date for objections to such disclosures and the Attorneys' Conference, state as follows:

1. The time for serving Rule 26(a)(3) Disclosures pursuant to the Scheduling Order entered on March 12, 2008 ("Scheduling Order") has not expired.

2. The parties have agreed to a two-day extension to serve Rule 26(a)(3) Disclosures through August 8, 2008, an extension to serve objections to such disclosures until August 15, 2008, and an extension for the Attorneys' Conference until August 18, 2008. No other dates under the Scheduling Order are affected.

3. The parties are circulating an order in the same form as the proposed order attached as **Exhibit 1** and, once endorsed, will forward that order to the Court for consideration.

WHEREFORE, Google Inc. and AOL LLC, by counsel, request that the Court enter an order granting the requested relief.

Dated: August 6, 2008

Respectfully submitted,

   /s/
Stephen E. Noona
VSB No. 25367
**Counsel for Defendants Google Inc. and AOL LLC**
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
**Counsel for Defendants Google Inc. and AOL LLC**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
**Counsel for Defendants Google Inc. and AOL LLC**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

John M. Williamson, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
  DUNNER LLP
901 New York Avenue, NW, Suite 700

Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
 DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid For Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

          /s/
          Stephen E. Noona
          VSB No. 25367
          *Counsel for Defendants Google Inc. and AOL LLC*
          KAUFMAN & CANOLES, P.C.
          150 West Main Street, Suite 2100
          Norfolk, VA 23510
          Telephone: (757) 624-3000
          Facsimile: (757) 624-3169
          senoona@kaufcan.com

1391470\1