IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

BID FOR POSITION, LLC,

               Plaintiff,

    v.

AOL LLC and GOOGLE INC.,

         Defendants.

CASE NO. 2:07-cv-582 JBF/TEM

**REDACTED**
**PUBLIC VERSION**

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS GOOGLE AND AOL'S
MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
OF U.S. PATENT NO. 7,225,151**

Dockets.Justia.com

# TABLE OF CONTENTS

**Page**

NOTE ON CITATIONS ...................................................................... IV

I.    SUMMARY OF ARGUMENTS ....................................................1

■    ██████████████████████████████ .....................3

■    ███████████████████████████████ .....................4

    ■    ███████████████████ ............................5

    ■    ██████████████████████ ..........................6

    ■    █████████████████████ ...........................6

    ■    █████████████████ ................................8

■    ███████████████████████ ...........................8

    ■    ████████████ .....................................9

    ■    ████████████████ .............................10

    ■    █████████████████ ...........................10

    ■    ███████████████████ .........................12

    ■    ███████████████████ .........................13

■    ████████████████████████████ ....................14

    ■    ██████████████████ ...........................14

    ■    ███████████████ ..............................15

■ ████████████████████.................15

■ ██████████████████████
██████.................15

■ █████████████████████
██████.................16

■ ██████████████████████
████████.................18

■ ████████████████████
██████.................19

■ ████████████████.................20

■ █████████████████████
███.................20

CONCLUSION..........................................................20

# TABLE OF AUTHORITIES

## CASES

*Anderson v. Liberty Lobby, Inc.*,
  477 U.S. 242 (1986)............................................................................................20

*Athletic Alternatives, Inc. v. Prince Mfg., Inc.*,
  73 F.3d 1573 (Fed. Cir. 1996)........................................................................14, 17

*Corning Glass Works v. Sumitomo Elec. U.S.A., Inc.*,
  868 F.2d 1251 (Fed. Cir. 1989), cited by Plaintiff.................................................17

*Daubert v. Merrell Dow Pharm.*,
  509 U.S. 579 (1993)............................................................................................19

*Kumho Tire Co. v. Carmichael*,
  526 U.S. 137 (1999)............................................................................................19

*PharmaStem Therapeutics, Inc. v. ViaCell, Inc.*,
  491 F.3d 1342 (Fed. Cir. 2007).........................................................................19

*Phillips Petroleum Co. v. Huntsman Polymers Corp.*,
  157 F.3d 866 (Fed. Cir. 1998).............................................................................19

*Phillips v. AWH Corp.*,
  415 F.3d 1303 (Fed. Cir. 2005)...........................................................................19

*Richmond Med. Ctr. for Women v. Herring*,
  527 F.3d 128 (4th Cir. 2008) ...............................................................................19

*Rosenruist-Gestao E Servicos LDA v. Virgin Enters. Ltd.*,
  511 F.3d 437 (4th Cir. 2007) .................................................................................9

*Zeng v. Elec. Data Sys. Corp.*,
  No. 1:07-cv-310, 2007 WL 2713905 (E.D. Va. Sept. 13, 2007) ............................9

## RULES

Fed. R. Civ. Pro. 30(b)(6) .........................................................................4, 8, 9

Fed. R. Evid. 702 .......................................................................................19

## NOTE ON CITATIONS

Citations to Plaintiff Bid For Position, LLC's Opposition to Defendants' Motion for Summary Judgment of Non-infringement are listed as "Opp."

Citations to Defendants Google and AOL's Memorandum in Support of Their Motion for Summary Judgment of Noninfringement of U.S. Patent No. 7,225,151 are listed as "Mem."

The patent-in-suit, U.S. Patent No. 7,225,151, is attached to the Declaration of Emily O'Brien ("O'Brien Decl.") as Exhibit 1. U.S. Patent No. 6,269,361 is attached to the O'Brien Decl. as Exhibit 2. References to the patents are indicated by column and line number, or by claim number. A reference to "3:15" means column 3, line 15.

Excerpts from the deposition transcript of the May 7, 2008 deposition of inventor Brad Konia are attached to the O'Brien Decl. as Exhibit 3. Citations to transcripts are indicated by page and line number.

The Initial Expert Report by Don Turnbull, PhD on Infringement of U.S. Patent No. 7,225,151 dated June 10, 2008 is attached to the O'Brien Decl. as Exhibit 4. Citations to the report are listed as "Turnbull Initial Report."

Excerpts from the deposition transcript of the July 23, 2008 deposition of Plaintiff under Fed. R. Civ. Pro. 30(b)(6) by deponent Brad Konia are attached to the Declaration of Emily O'Brien in Support of Defendants' Reply ("O'Brien Reply Decl.") as Exhibit 1.

Excerpts from the deposition transcript of the July 23, 2008 deposition of Defendant Google under Fed. R. Civ. Pro. 30(b)(6) by deponent Daniel Wright are attached to the O'Brien Reply Decl. as Exhibit 2.

Excerpts from the deposition transcript of the May 8, 2008 deposition of Clayton W. Bavor, Jr. are attached to the O'Brien Reply Decl. as Exhibit 3.

Excerpts from the deposition transcript of the August 1, 2008 deposition of Donald Ray Turnbull are attached to the O'Brien Reply Decl. as Exhibit 4.

The other document cited herein is attached to the Declaration of Clayton W. Bavor, Jr. ("Bavor Decl.") as Exhibit 1.

# I. SUMMARY OF ARGUMENTS

































(footnote continued)





## **CONCLUSION**

For the foregoing reasons, this Court should grant Defendants' motion for summary

judgment of non-infringement of the '151 Patent.

August 11, 2008

Respectfully submitted,

_/s/_ _____

Stephen E. Noona
VSB No. 25367
**_Counsel for Defendants Google Inc. and AOL LLC_**
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, _pro hac vice_
David A. Perlson, _pro hac vice_
Emily C. O'Brien, _pro hac vice_
Antonio R. Sistos, _pro hac vice_
Katherine H. Bennett, _pro hac vice_
**_Counsel for Defendants Google Inc. and AOL LLC_**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, _pro hac vice_
**_Counsel for Defendants Google Inc. and AOL LLC_**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

John M. Williamson, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
  DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
  DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

the following:

**Counsel for Plaintiff Bid For Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

                      /s/_____
                      Stephen E. Noona
                      VSB No. 25367
                      *Counsel for Defendants Google Inc. and AOL LLC*
                      KAUFMAN & CANOLES, P.C.
                      150 West Main Street, Suite 2100
                      Norfolk, VA 23510
                      Telephone: (757) 624-3000
                      Facsimile: (757) 624-3169
                      senoona@kaufcan.com

1393447\1