IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>AOL LLC and GOOGLE INC.,<br><br>　　　　　Defendants. | CASE NO. 2:07-cv-582 JBF/TEM |

**DECLARATION OF EMILY C. O'BRIEN
IN SUPPORT OF THE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS GOOGLE
AND AOL'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S.
PATENT NO. 7,225,151**

I, Emily C. O'Brien, declare and state as follows:

1. I am an associate of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP and represent Defendants Google Inc. and AOL LLC in this action. This declaration is made in support of the Reply Memorandum in Support of Defendants Google and AOL's Motion for Summary Judgment of Noninfringement of U.S. Patent No. 7,225,151. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts from the deposition transcript of the July 23, 2008 deposition of Plaintiff under Fed. R. Civ. Pro. 30(b)(6) by deponent Brad Konia.

3. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts from the deposition transcript of the July 23, 2008 deposition of Defendant Google under Fed. R. Civ. Pro. 30(b)(6) by deponent Daniel Wright.

4. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts from the deposition transcript of the May 8, 2008 deposition of Clayton W. Bavor, Jr..

5. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts from the deposition transcript of the August 1, 2008 deposition of Donald Ray Turnbull.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of August, 2008 in San Francisco, California.

*Emily C. O'Brien*
Emily C. O'Brien

Dated: August 11, 2008

                Respectfully submitted,

                /s/
                Stephen E. Noona
                VSB No. 25367
                ***Counsel for Defendants Google Inc. and AOL LLC***
                KAUFMAN & CANOLES, P.C.
                150 West Main Street, Suite 2100
                Norfolk, VA 23510
                Telephone: (757) 624-3000
                Facsimile: (757) 624-3169
                senoona@kaufcan.com

                Charles K. Verhoeven, *pro hac vice*
                David A. Perlson, *pro hac vice*
                Emily C. O'Brien, *pro hac vice*
                Antonio R. Sistos, *pro hac vice*
                Katherine H. Bennett, *pro hac vice*
                ***Counsel for Defendants Google Inc. and AOL LLC***
                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                50 California Street, 22nd Floor
                San Francisco, CA 94111
                Telephone: (415) 875-6600
                Facsimile: (415) 875-6700
                charlesverhoeven@quinnemanuel.com
                davidperlson@quinnemanuel.com
                emilyobrien@quinnemanuel.com
                antoniosistos@quinnemanuel.com
                katherinebennett@quinnemanuel.com

                Thomas D. Pease, *pro hac vice*
                ***Counsel for Defendants Google Inc. and AOL LLC***
                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                51 Madison Avenue, 22nd Floor
                New York, NY 10010
                Telephone: (212) 849-7000
                Facsimile: (212) 849-7100
                thomaspease@quinnemanuel.com

                John M. Williamson, *pro hac vice*
                ***Counsel for Defendant AOL LLC***
                FINNEGAN HENDERSON FARABOW GARRETT &
                  DUNNER LLP
                901 New York Avenue, NW, Suite 700

Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
**Counsel for Defendant AOL LLC**
FINNEGAN HENDERSON FARABOW GARRETT &
 DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid For Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

                                        /s/
                                      Stephen E. Noona
                                      VSB No. 25367
                                      *Counsel for Defendants Google Inc. and AOL LLC*
                                      KAUFMAN & CANOLES, P.C.
                                      150 West Main Street, Suite 2100
                                      Norfolk, VA 23510
                                      Telephone: (757) 624-3000
                                      Facsimile: (757) 624-3169
                                      senoona@kaufcan.com