Bid for Position, LLC v. AOL, LLC et al                                                           Doc. 184

SEALED

DOCUMENT

Dockets.Justia.com