

FILED

AUG 1 2 2008

CLERK, U.S. DISTRICT COURT
NORFOLK. VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

BID FOR POSITION, LLC,

       **Plaintiff,**

     v.

AOL, LLC, GOOGLE, INC.,
MICROSOFT CORP., and MIVA, INC.,

      **Defendants.**

**CASE NO. 2:07-cv-582 JBF/TEM**

## CONSENT ORDER EXTENDING DEADLINES
## FOR SUMMARY JUDGMENT RESPONSE AND REPLIES

By agreement of the parties, and pursuant to Loc. Civ. R. 26(C) (E.D. Va. 2008), it is

HEREBY ORDERED that the parties' time for filing briefs is EXTENDED as follows:

(1)    Plaintiff's reply brief in support of its Motion for Partial Summary Judgment re:

Anticipation (35 U.S.C. § 102) [Docket No. 140], IS HEREBY EXTENDED to August 1, 2008;

(2)    Plaintiff's brief in opposition to Defendants' Motion for Summary Judgment of

Non-Infringement of U.S. Patent No. 7,225,151 [Docket No. 151], IS HEREBY EXTENDED to

August 6, 2008;


IT IS SO ORDERED.


Date: _Avς./ʮ_____, 2008

_____/s/_____
Jerome B. Friedman
**United States District Judge**
UNITED STATES DISTRICT COURT JUDGE

AGREED:

Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
(804) 697-4112 (fax)

Gregory S. Dovel, *pro hac vice*
Christin Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066
(310) 657-7069 (fax)

David Rosen, *pro hac vice*
MURPHY, ROSEN & MEYLAN, LLP
100 Wilshire Boulevard Suite 1300
Santa Monica, CA 90401
(310) 899-3300
(310) 399-7201

ATTORNEYS FOR PLAINTIFF
BID FOR POSITION, LLC

SEEN AND AGREED:

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com


Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com


Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES,
LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

***Counsel for Google Inc.***

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com


John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT &
DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com


Robert L. Burns, II, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT &
DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

***Counsel for AOL LLC***