IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:07-cv-582, Case Name Bid For Position v. AOL, et al.
Party Represented by Applicant: Google, Inc. and AOL LLC

FILED AUG 25 2008 CLERK, U.S. DISTRICT COURT NORFOLK, VA

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Jamie Lee Lisagor
Bar Identification Number 251504  State CA
Firm Name Quinn Emanuel Urquhart Oliver & Hedges, LLP
Firm Phone # (415) 875-6600    Direct Dial # (415) 875-6343    FAX # (415) 875-6700
E-Mail Address jamielisagor@quinnemanuel.com
Office Mailing Address 50 California St., 22nd Floor, San Francisco, CA 94111

Name(s) of federal court(s) in which I have been admitted United States District Court, Southern District of California

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          8/22/2008
(Signature)                                                                (Date)
Stephen E. Noona  VSB 25367
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Jerome B. Friedman
(Judge's Signature)
United States District Judge

FILED AUG 26 2008 CLERK, U.S. DISTRICT COURT NORFOLK, VA

8/26/08
(Date)