IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
SEP 1 1 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL LLC and GOOGLE INC.,

    Defendants.

CASE NO. 2:07-cv-582 JBF/TEM

**Jury Trial Demanded**

## AGREED ORDER RESCHEDULING CERTAIN DATES ON THE RULE 16(b) SCHEDULING ORDER

On this day came the parties, by counsel, upon the direction of the Court to reschedule certain dates set forth on the Rule 16(b) Scheduling Order entered by this Court on March 11, 2008, and, after discussion with the Court's docketing clerk, agreement among counsel and for good cause shown, it is

ORDERED that:

1. The Court shall hold a hearing on the pending Motions for Summary Judgment filed by the respective parties on Thursday, September 11, 2008 at 2:30 p.m.;

2. Trial in this matter shall be rescheduled to February 2, 2009 beginning at 9:45 a.m. It is anticipated that the trial will last approximately two weeks in length;

3. The Final Pretrial Conference will be held on January 13, 2009 at 10:00 a.m.;

4. The parties shall submit Proposed Jury Instructions and Voir Dire questions by January 26, 2009;

5. The Plaintiff shall circulate a draft of the Final Pretrial Order on or before January 9, 2009; and

6. The Parties shall hold an Attorneys' Conference on January 6, 2009 at 2:00 p.m. in the offices of counsel for plaintiff, or at such other place as agreed by the parties.

THE CLERK IS REQUESTED to send a copy of this Order to all counsel of record.

ENTER: 9/11/08

JUDGE: /s/
Jerome B. Friedman
United States District Judge
United States District Court
Eastern District of Virginia

WE ASK FOR THIS:

[signature]

Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

*Counsel for Google Inc.*

WE ASK FOR THIS:

/s/ Stephen E. Noona

Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com

4

Robert L. Burns, II, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

*Counsel for AOL LLC*

WE ASK FOR THIS:

_____
Craig T. Merritt
VSB No. 20281
R. Braxton Hill, IV
VSB No. 41539
Nichole Buck Vanderslice
VSB No. 42637
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

*Counsel for Bid for Position, LLC*

1400023\1
894786