Bid for Position, LLC v. AOL, LLC et al

Doc. 192

# TRANSCRIPT
# Placeholder
(Transcripts are available for viewing in the Clerk's Office.)

Dockets.Justia.com