IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION


FILED
OCT 16 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

BID FOR POSITION, LLC,

    Plaintiff,

v.                          CASE NO. 2:07cv582

AOL, LLC and GOOGLE, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the court GRANTS the Defendants' motion for summary judgment on infringement and DENIES As MOOT Plaintiff's motion for partial summary judgment.


DATED: October 15, 2008             FERNANDO GALINDO
                                              Clerk of Court

                                            By_____
                                            Lisa Woodcock, Deputy Clerk