FILED
OCT 30
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BID FOR POSITION, LLC,

    Plaintiff,

v.

AOL, LLC, *et al.*,

    Defendants.

CASE NO. 2:07-cv-582 JBF/TEM

## AMENDED FINAL JUDGMENT

The Court previously granted summary judgment of non-infringement as to the sole patent-in-suit and entered Judgment disposing of Plaintiff's claims. The Parties then stipulated to the dismissal without prejudice of the counterclaims by Defendants Google Inc. and AOL, LLC ("Defendants") for invalidity and unenforceability. In order to finally resolve all claims in this case, the Court now proceeds to enter this Amended Final Judgment

It is, therefore, ORDERED that:

1.    Judgment is entered in favor of Defendants on Plaintiff's claims;

2.    Judgment is entered in favor of Defendants on Defendants' counter-claim for declaratory judgment of non-infringement,

3.    Defendants have not and are not infringing any claim of U.S. Patent No. 7,225,151,

4.    Defendants' counterclaims for invalidity and unenforceability are dismissed without prejudice, and

5. The date of the entry of this Amended Final Judgment shall be the date of the entry of judgment in this case for all purposes, including any demand for costs and/or attorneys' fees.

ENTER: _10_/_30_/_08_

JUDGE: /s/ *JM*
_Jerome B. Friedman_
United States District Judge
Eastern District of Virginia

WE ASK FOR THIS:

Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com

antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com


Thomas D. Pease, *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

***Counsel for Google Inc.***

WE ASK FOR THIS:

_____
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com


John M. Williamson, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 New York Avenue, NW, Suite 700
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
john.williamson@finnegan.com


Robert L. Burns, II, *pro hac vice*
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
robert.burns@finnegan.com

***Counsel for AOL LLC***

SEEN AND, WITH RESPECT TO THE ENTRY OF JUDGMENT IN FAVOR OF DEFENDANTS ON PLAINTIFF'S CLAIMS AND ON DEFENDANTS' COUNTER-CLAIM FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT AND THE DECLARATION THAT DEFENDANTS HAVE NOT AND ARE NOT INFRINGING ANY CLAIM OF U.S. PATENT NO. 7,225,151, OBJECTED TO FOR THE REASONS STATED IN THE RECORD:

_____
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com


Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com


David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

***Counsel for Bid for Position, LLC***

904540