```
Court Name: United States District Court
Division: 2
Receipt Number: 24683000998
Cashier ID: tlevinso
Transaction Date: 11/04/2008
Payer Name: CHRISTIAN BARTON LLP

NOTICE OF APPEAL/DOCKETING FEE
 For: CHRISTIAN BARTON LLP
 Amount:         $455.00

CHECK
 Check/Money Order Num: 414191
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00

CHRISTIAN & BARTON LLP - APPEAL

2:07cv582
```