FORM 7. Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☐ United States District Court for the  Eastern District of Virginia-Norfolk Division

☐ United States Court of International Trade

☐ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of case: Patent

Bid for Position, LLC  v.  AOL, LLC, Google, Inc., Microsoft Corp.*, Miva, Inc.*

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 2:07cv582                     Date of Judgment or Order  10/30/08

Cross or related appeal? n/a             Date of Notice of Appeal  10/31/08

Appellant is: [✓] Plaintiff  ☐ Defendant  ☐ Other (explain) _____

FEES:   Court of Appeals docket fee paid?    [✓] Yes  ☐ No

        U.S. Appeal?                          ☐ Yes  ☐ No

        In forma pauperis?                    ☐ Yes  ☐ No

Is this matter under seal?  ☐ Yes  [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Rowland Braxton Hill
Christian & Barton LLP
909 E. Main St.
Suite 1200
Richmond, VA 23219-3095
804-697-4108
Counsel for Plaintiff

Stephen E. Noona
Kaufman & Canoles, P.C.
150 W. Main St.
Suite 2100
Norfolk, VA 23510
(757)624-3239
Counsel for Defendants AOL, Google

COURT REPORTER: (Name and telephone): Sue Ash (757) 222-7073, Sharon Borden 222-7072, Paul McManus 222-7077

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439