AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__

BID FOR POSITION, LLC

V.

AOL, LLC, et al.

**BILL OF COSTS**

Case Number: 2:07-cv-582

Judgment having been entered in the above entitled action on __10/30/08__ against __Plaintiff__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................. | $ |
| Fees for service of summons and subpoena ........................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses (itemize on reverse side) ........................ | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 ................................... | 20.00 |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ........................................ | 29,028.23 |
| TOTAL | $29,048.23 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: R. Braxton Hill, Christian & Barton, LLP

Signature of Attorney: _[signature]_

Name of Attorney: Jamie Lisagor

For: __Google Inc. and AOL LLC__     Date: 10/31/08
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court     By: _____ Deputy Clerk     Date

**Certification of Counsel of Good Faith Efforts to Narrow Costs Issues**

Counsel hereby certifies that a good faith effort has been made between counsel to narrow the issues relating to the attached Bill of Costs. Counsel will continue those efforts and will apprise the Court of any additional progress made as promptly as possible.

          /s/
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Dated: November 10, 2008

Respectfully submitted,

   /s/
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
*Counsel for Defendants Google Inc. and AOL LLC*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
*Counsel for Defendants Google Inc. and AOL LLC*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

John M. Williamson, *pro hac vice*
*Counsel for Defendant AOL LLC*
FINNEGAN HENDERSON FARABOW GARRETT &
   DUNNER LLP
901 New York Avenue, NW, Suite 700

Washington, DC  20001  
Telephone:  (202) 408-4000  
Facsimile:   (202) 408-4400  
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*  
*Counsel for Defendant AOL LLC*  
FINNEGAN HENDERSON FARABOW GARRETT &  
  DUNNER LLP  
Two Freedom Square  
11955 Freedom Drive  
Reston, VA  20190  
Telephone:  (571) 203-2700  
Facsimile:   (202) 408-4400  
robert.burns@finnegan.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid For Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

    /s/
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com