IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| BID FOR POSITION, LLC,<br><br>Plaintiff,<br>v.<br><br>AOL LLC and GOOGLE INC.,<br><br>Defendants. | CASE NO. 2:07-cv-582 |

**DECLARATION OF JAMIE LISAGOR
IN SUPPORT OF DEFENDANT GOOGLE INC.'S APPLICATION TO TAX COSTS**

I, Jamie Lisagor, declare and state as follows:

1. I am an associate of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP and represent Defendants Google Inc. and AOL LLC in this action. Unless otherwise stated, the matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. I make this declaration in support of Defendant Google, Inc.'s application to the Clerk to tax costs.

3. The costs in the accompanying Bill of Costs are correct to the best of my knowledge and belief.

4. The costs in the accompanying Bill of Cost were necessarily incurred in the above-entitled action and the services for which fees have been charged were actually and necessarily performed.

5. The costs described in the Bill of Costs have been paid or the obligations for payment have been incurred.

6. Attached to the Bill of Costs as Exhibit A is a true and correct copy of the supporting documentation in connection with taking of oral depositions reasonably necessary for preparation for trial, including (a) stenographer's fees, (b) costs of original transcription or copy of transcription, and (c) reasonable delivery fees. 28 USC § 1920(2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 31st day of October 2008 in San Francisco, California.

Jamie Lisagor

Dated: November 10, 2008

Respectfully submitted,

   /s/
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Charles K. Verhoeven, *pro hac vice*
David A. Perlson, *pro hac vice*
Emily C. O'Brien, *pro hac vice*
Antonio R. Sistos, *pro hac vice*
Katherine H. Bennett, *pro hac vice*
*Counsel for Defendants Google Inc. and AOL LLC*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com
emilyobrien@quinnemanuel.com
antoniosistos@quinnemanuel.com
katherinebennett@quinnemanuel.com

Thomas D. Pease, *pro hac vice*
*Counsel for Defendants Google Inc. and AOL LLC*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
thomaspease@quinnemanuel.com

John M. Williamson, *pro hac vice*
*Counsel for Defendant AOL LLC*
FINNEGAN HENDERSON FARABOW GARRETT &
  DUNNER LLP
901 New York Avenue, NW, Suite 700

Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400
john.williamson@finnegan.com

Robert L. Burns, II, *pro hac vice*
*Counsel for Defendant AOL LLC*
FINNEGAN HENDERSON FARABOW GARRETT &
   DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
Telephone:  (571) 203-2700
Facsimile:   (202) 408-4400
robert.burns@finnegan.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Bid For Position, LLC**
Craig T. Merritt (VSB No. 20281)
R. Braxton Hill, IV (VSB No. 41539)
Nichole Buck Vanderslice (VSB No. 42637)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
bhill@cblaw.com
nvanderslice@cblaw.com

Gregory S. Dovel, *pro hac vice*
Christin K. Cho, *pro hac vice*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
greg@dovellaw.com
christin@dovellaw.com

David E. Rosen, *pro hac vice*
MURPHY ROSEN & MEYLAN, LLP
100 Wilshire Blvd., Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
drosen@mrmlawyers.com

    /s/
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Google Inc. and AOL LLC*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com