# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2009-1068 - BID FOR POSITION V AOL

**Date of docketing:** 11/14/2008

**Appeal from:** United States District Court / Eastern District of Virginia
case no. 2:07-CV-582

**Appellant(s):** Bid for Position, LLC

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Eastern District of Virginia
Charles K. Verhoeven
Gregory S. Dovel
John M. Williamson

# United States Court of Appeals for the Federal Circuit

## ORDER

By order of the Chief Judge, the United States Court of Appeals for the Federal Circuit will be closed on November 28, 2008, December 26, 2008 and January 2, 2009.

For purposes of computation of time and motions to enlarge time Under Fed. R. App. P. 26 and Fed. Cir. R. 26, November 28, 2008, December 26, 2008 and January 2, 2009 will be considered "legal holidays."

FOR THE COURT

October 21, 2008

Jan Horbaly
Clerk of Court

# United States Court of Appeals for the Federal Circuit

## NOTICE

The United States Court of Appeals for the Federal Circuit will be closed on Monday, January 19, 2009, in observance of Martin Luther King, Jr's. birthday.

The United States Court of Appeals for the Federal Circuit will be closed on January 20, 2009, in observance of Inauguration Day.

For purposes of computation of time and motions to enlarge time under Fed. R. App. P. 26 and Fed. Cir. R. 26, January 19 and 20, 2009 will be considered "legal holidays".

FOR THE COURT

November 13, 2008

Jan Horbaly
Clerk of Court