UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 193B
Norfolk, Virginia 23510

Fernando Galindo
Clerk of Court

Telephone
(757) 222-7201
FAX 222-7259

March 5, 2009

Craig Thomas Merritt, Esquire
Nichole Buck Vanderslice, Esquire
Rowland Braxton Hill, IV, Esquire
Christian & Barton LLP
909 E Main St
Suite 1200
Richmond, VA 23219-3095

John M Williamson, Esquire
Finnegan Henderson Farabow Garrett &
Dunner LLP
901 New York Ave NW
Suite 700
Washington, DC 20001-4413

Robert Leo Burns, II, Esquire
Finnegan Henderson Farabow Garrett &
Dunner LLP
11955 Freedom Dr
Reston, VA 20190

Thomas David Pease, Esquire
Quinn Emanuel
51 Madison Avenue, 23rd Floor
New York, NY 10010

Stephen Edward Noona, Esquire
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510

Christin Kyungsik Cho, Esquire
Gregory Scott Dovel, Esquire
Dovel & Luner LLP
201 Santa Monica Blvd
Suite 600
Santa Monica, CA 90401

David Rosen, Esquire
Murphy Rosen & Meylan LLP
100 Wilshire Blvd
Suite 1300
Santa Monica, CA 90401

Antonio Ricardo Sistos, Esquire
Charles Kramer Verhoeven, Esquire
David Andrew Perlson, Esquire
Emily Christina O'Brien, Esquire
Katherine Helen Bennett, Esquire
Jamie Lee Lisagor, Esquire
Quinn Emanuel Urquhart Oliver & Hedges LLP
50 California St
22nd Floor
San Francisco, CA 94111

Charles Paul Chalmers, Esquire
Wilson Sonsini Goodrich & Rosati PC
1700 K St NW
Suite 500
Washington, DC 20006-3817

In re: 2:07cv582 - Bid for Position, LLC v. AOL, LLC, et al

Dear Counsel:

## NOTICE OF TAXING OF COSTS

PLEASE TAKE NOTICE that I will proceed to tax the costs in the above styled action on the 12th day of March, 2009. Neither the parties nor their attorneys shall appear as *costs will be taxed on the record*. Notice of the items taxed will be mailed to you.

> **PLEASE TAKE FURTHER NOTICE that the parties are required to make a good faith effort to narrow the areas of disagreement. If any modification results from this consultation, or the taxing of costs has been resolved, this office must receive notification prior to the date set for taxation.**

FERNANDO GALINDO, CLERK

By: _____/s/_____
*Rhonda D. Lambert*, Deputy Clerk

Attachment: Taxation of Costs Guidelines