⌘AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__

BID FOR POSITION, LLC

V.

AOL, LLC, et al.

BILL OF COSTS

Case Number: 2:07-cv-582

Judgment having been entered in the above entitled action on __10/30/08__ against __Plaintiff__, the Clerk is requested to tax the following as costs:

| | | ALLOWED: |
|---|---:|---:|
| Fees of the Clerk | $ | ----- |
| Fees for service of summons and subpoena | | ----- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | ----- |
| Fees and disbursements for printing | | ----- |
| Fees for witnesses (itemize on reverse side) | | ----- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | | ----- |
| Docket fees under 28 U.S.C. 1923 | 20.00 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | | ----- |
| Compensation of court-appointed experts | | ----- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | ----- |
| Other costs (please itemize) | 29,028.23 | 18,066.70 |
| TOTAL | $29,048.23 | $18,086.70 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: R. Braxton Hill, Christian & Barton, LLP

Signature of Attorney: _[signature]_

Name of Attorney: Jamie Lisagor

For: __Google Inc. and AOL, LLC__
Name of Claiming Party

Date: 10/31/08

FILED MAR 9 2009 CLERK, US DISTRICT COURT NORFOLK, VA

Costs are taxed in the amount of __$18,086.70__ and included in the judgment.

__Fernando Galindo__
Clerk of Court

By: __/s/ Rhonda D. Lambert__
Deputy Clerk

3/19/09
Date